IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC -1 P 2: 09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT OF ALA

Stephen D. Paulk          §
                          §
                          §
     Plaintiff,           §
                          §
                          §
                          §   Case No. 2:05cv1141-T
v.                        §
                          §
                          §
Francis J. Harvey, Secretary  §
of the Army & the Department  §
 of the Army              §
                          §
     Defendants.          §

## MOTION

Comes now the Plaintiff, Stephen D. Paulk, and files this his motion and shows unto the Court as follows:

## JURISDICTION

2. This motion is brought under the provisions, Title VII, § 703, Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967 (ADEA), 29 U. S. C. §621, The Older Workers' Benefit Protection Act (Pub. L. 101-433), as amended, and the Civil Rights Act of 1991 (Pl 102-166), with jurisdiction posited under 28 U. S. C. § because the case presents a question of federal law.

3  Under provisions of 29 U. S. C. § 621, Title VII, § 703, Civil Rights Acts of 1961 and 1964, as amended, The Older Workers' Benefit Protection Act (Pub. L. 101-433), as amended, the Plaintiff is authorized to bring a civil action within 90 calendar days of receipt of the agency's final decision and to receive attorney's fees and compensatory damages for future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and other nonpecuniary losses.

**BASIS FOR MOTION**

4. The Plaintiff has filed a Hardship Affidavit.

WHEREFORE, the Plaintiff moves the court to appoint a lawyer to represent him and to authorize the commencement of the civil action without the payment of fees, costs, or security.

Respectfully submitted this the 1st day of December 2005.

*[signature]*
Stephen D. Paulk
1786 Hillabee Road
Ramer, AL  36069
334-562-9453

Prose Plaintiff

## HARDSHIP AFFIDAVIT

Stephen D. Paulk

I, Stephen D. Paulk, do affirm that I can not afford an attorney to represent me in the matter of Stephen D. Paulk v Francis J. Harvey and Department of the Army. I hereby request the court to appoint a lawyer to represent me and to authorize the commencement of the civil action without the payment of fees, costs, or security.

_____
Stephen D. Paulk
1 December 2005