IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN D. PAULK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-1141-T |
| | ) | |
| FRANCIS J. HARVEY, ET. AL., | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Charles S. Coody for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 2nd day of December, 2005.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE