IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. PAULK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1141-T |
| | ) |
| FRANCIS J. HARVEY, Secretary of the | ) |
| Army and THE DEPARTMENT OF | ) |
| THE ARMY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On December 1, 2005, the plaintiff filed a motion to proceed *in forma pauperis*. (Doc. # 3). However, a response to a question on the affidavit filed in support of the motion is unclear. Question (4) asks the plaintiff whether he has any case or checking or savings accounts. In response, the plaintiff indicated "Yes" and states the amount which appears to be $45,000. Before a determination of whether the plaintiff should be allowed to proceed *in forma pauperis* can be made, clarification from the plaintiff of the accuracy of this amount is necessary. Accordingly, it is

ORDERED that on or before December 23, 2005, the plaintiff shall confirm in writing the amount of any cash, checking or saving accounts he possesses.

Done this 9th day of December, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE