IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Stephen D. Paulk §
§
§
§
Plaintiff, §
§
§
§Civil Action No. 2:05cv1141-T
§          (WO)
v. §
§
§
Francis J. Harvey, Secretary §
of the Army & the Department §
of the Army §
§
Defendants. §

**RESPONSE TO ORDER**

On 9 December 2005, the Court ordered the plaintiff to confirm in writing the amount of any cash, checking or savings accounts he possesses. In response to the order, the plaintiff provides the following information:

Cash: $25.00

Checking Account: $665.00

Savings Account: $4,500.00

Stephen D. Paulk
1786 Hillabee Road
Ramer, AL  36069
334-562-9453

Prose Plaintiff