IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 20 P 2:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Stephen D. Paulk           §
                           §
                           §
                           §
            Plaintiff,     §
                           §
                           §
                           §Civil Action No. 2:05cv1141-T
                           §            (WO)
v.                         §
                           §
                           §
Francis J. Harvey, Secretary §
of the Army & the Department §
 of the Army               §
                           §
            Defendants.    §

## RESPONSE TO ORDER

On 9 December 2005, the Court ordered the motion for appointment of counsel denied based upon the court's review of the complaint, concluding that the case did not present exceptional circumstances that require the assistance of a trained practitioner.

In response to the order denying the motion, the plaintiff moves the court to reconsider the order based on the following.

   (1) On 9 December 2005, the court ordered the plaintiff to confirm in writing the amount of cash, checking and savings accounts he possesses before the court

can rule on the motion to proceed in forma pauperis. The response to motion was filed with the court on 19 December 2005. Pending the court's decision on the plaintiff's response to the court's order on the plaintiff's motion to proceed in forma pauperis, the Plaintiff begs the court to reconsider the order denying appointment of counsel.

(2) Because the complaint is made against a sitting Secretary of the Army and the Department of the Army and involves precedent setting issues on age discrimination, the facts and legal issues are complex and fall outside the scope of competency of a non-trained professional to represent the plaintiff. Also, the Defendants are represented by a large staff of legal professionals. Moreover, the case involves precedent setting policy issues that will have an impact throughout the U.S. Armed Forces if the court rules in favor of the plaintiff. Accordingly, the courts conclusion that the case does not present a set of novel or complex legal issues requiring the assistance of a trained practitioner is not valid nor is the court's expectation that the plaintiff does not require the assistance of a trained practitioner to present the complaint to the court accurate.

Accordingly, in response to the court's order, the plaintiff respectively requests the court to reconsider the plaintiff's motion for appointment of counsel.

*[signature]* 19 Dec 05
Stephen D. Paulk
1786 Hillabee Road
Ramer, AL  36069
334-562-9453


Prose Plaintiff