IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. PAULK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv1141-T |
| ) | |
| FRANCIS J. HARVEY, Secretary of the ) | |
| Army and THE DEPARTMENT OF ) | |
| THE ARMY, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of the plaintiff's response to order (doc. # 8) which contains a motion for reconsideration of the order denying plaintiff's motion for appointment of counsel, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 27th day of December, 2005.

          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE