| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Nancy Yarn* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Nancy Yarn   C. Date of Delivery: 12/30/05 |
| 1. U. S. Attorney's Office<br>Attn: Civil Process Clerk<br>P. O. Box 197<br>Montgomery, AL 36101-0197<br><br>05cv1141 s∗c | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0001 0150 6174 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540