| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tyme S. Wan_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>                                    9 Jan 06 |
| 1. Article Addressed to:<br><br>Francis J. Harvey<br>Secretary<br>US Dept of the Army<br>110 Army Pentagon<br>Room 2E577<br>Washington, DC 20310-010 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:      ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7704 25Y 0000 1650 6204 |
| PS Form 3811, February 2004   Domestic Return Receipt   05-1141 | 102595-02-M-1540 |