**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
Michael E. Hkou??

C. Date of Delivery
13 Jan 06

1. Article Addressed to:

US Dept of the Army
110 Army Pentagon
Room 2E577
Washington, DC 20310-0110
05 cv 1141 SCC

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

US Army Litigation Div.
901 N. Stuart St.
Arlington VA 22203

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0001 0150 6198

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540