IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. PAULK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:05-CV-1141-WKW-CSC |
| | ) |
| FRANCIS J. HARVEY, Secretary | ) |
| of the Army, and the DEPARTMENT | ) |
| of the ARMY. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT**

Defendants Dr. Francis J. Harvey, Secretary of the Army, and the Department of the Army[1] (together hereinafter the "Army"), by their undersigned counsel, moves this Court to dismiss the Plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6)) for failure to state a claim, or, in the alternative, summary judgment pursuant to Fed R. Civ. P. 56, and in support thereof submits:

1. Defendants' Exhibits 1 - 11, attached hereto, and

2. The contemporaneously filed memorandum brief.

WHEREFORE, premises considered the complaint in this matter is due to be and should be dismissed, with the costs of the litigation taxed to the plaintiff.

---

[1] Defendants assert that Dr. Francis J. Harvey, Secretary of the Army, is the only proper defendant in this action as he is the head of the agency pursuant to 42 U.S.C. § 2000e-16(c) and that Defendant Department of the Army is not a proper party defendant and should be dismissed from this cause of action for lack of jurisdiction.

Respectfully submitted this 17th day of February, 2006.

                LEURA G. CANARY
                United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail:  **rand.neeley@usdoj.gov**

OF COUNSEL:

Lt. Col. Michael E. Hokenson
U.S. Army Litigation Division
901 North Stuart Street, Suite 401
Arlington, VA 22203-1837
Michael.Hokenson@hqda.army.mil
(703) 696-1606

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and placed a copy of same in the United States mail, first class postage affixed, addressed to:

>Stephen D. Paulk, *Pro Se*
>1786 Hillabee Rd.
>Ramer, AL 36069

>>s/R. Randolph Neeley
>>Assistant United States Attorney