IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. PAULK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:05-CV-1141-WKW-CSC |
| | ) |
| FRANCIS J. HARVEY, Secretary of the Army, and the DEPARTMENT of the ARMY. | ) ) ) |
| Defendants. | ) |

**LIST OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants Exhibit 1 (DEX 1)   -   EEO Counselor Report

Defendants Exhibit 2 (DEX 2)   -   Declaration of CW4 MacGregor

Defendants Exhibit 3 (DEX 3)   -   National Guard Regulation (NGR) 600-25

Defendants Exhibit 4 (DEX 4)   -   Formal EEO Complaint

Defendants Exhibit 5 (DEX 5)   -   Report of Investigation

Defendants Exhibit 6 (DEX 6)   -   Final Agency Decision

Defendants Exhibit 7 (DEX 7)   -   Appeal to EEOC OFO

Defendants Exhibit 8 (DEX 8)   -   EEOC Decision

Defendants Exhibit 9 (DEX 9)   -   Declaration of Phyllis Brantley

Defendants Exhibit 10 (DEX 10) -   EEOC Opinion denying reconsideration

Defendants Exhibit 11 (DEX 11) -   EEOC Testimony of SSG Paulk