# Defendant's Exhibit 1

# EEO COUNSELOR'S REPORT

## EEO COUNSELOR'S REPORT

I. **AGGRIEVED PERSON**
   Name: PAULK, STEPHEN D.
   Job Title/Series/Grade: AIRCRAFT INP WG-8852-11-05
   Place of Employment: AASF #1, HOPE HULL, AL
   Work Phone No: 334-280-4873   Home Phone No: 334-562-9453
   Home Address: 1786 HILLABY RD, RAMER, AL 36069

II. **CHRONOLOGY OF EEO COUNSELING**
   Date of Initial Contact: 6 NOV 01
   Date of Initial Interview: 7 NOV 01
   Date of Alleged Discriminatory Event: 19 SEP 01
   45th Day After Event: 03 NOV 01
   Reason for delayed contact beyond 45 days: NA
   Date Counseling Report Requested: NA
   Date Counseling Report Submitted: 29 JAN 02
   Date of Final Interview & Right to File: 30 NOV 01

III. **BASIS(ES) FOR ALLEGED DISCRIMINATION**
   1) { } Race (Specify):
   2) { } Color (Specify):
   3) { } National Origin (Specify):
   4) { } Sex (Specify):
   5) {XX} Age (Date of Birth): 24 MAY 50
   6) { } Mental Handicap (Specify):
   7) { } Physical Handicap (Specify):
   8) { } Religion (Specify):
   9) { } Reprisal (Identify earlier event and/or opposed practice, give date):

IV. **ALLEGATIONS OF DISCRIMINATION**: SSG STEPHEN D. PAULK, FIFTY-ONE YEARS OLD, FEELS THAT HE WAS DISCRIMINATED AGAINST ON THE BASIS OF AGE WHEN HE WAS NON-SELECTED FOR THE POSITION OF AIRCRAFT SYSTEMS SUPERVISOR, WS-8810-10, ANNOUNCEMENT #01-180, BY CW3 DONALD MACGREGOR, MAINT OFF AT AASF #3. SSG PAULK FEELS THAT AASF #3 MANAGEMENT WANTED A YOUNGER PERSON IN THE JOB TO DEVELOP FOR MANAGEMENT PROGRESSION.

V. **REMEDY REQUESTED**: SSG PAULK DESIRES THAT HE BE AWARDED SALARY AND BENEFITS AT THE WS-10 LEVEL AND STEP, OF THE PENSACOLA WAGE AREA, THAT HE WOULD HAVE RECEIVED HAD HE BEEN HIRED ON ANNOUNCEMENT 01-180, AND REMAIN WORKING AT AASF #1, MONTGOMERY, AL.

VI. **EEO COUNSELOR'S CHECKLIST - THE COUNSELOR ADVISED THE AGGRIEVED PERSON IN WRITING OF THE RIGHTS AND RESPONSIBILITIES CONTAINED IN THE EEO COUNSELOR CHECKLIST**

VII. **SUMMARY OF COUNSELOR'S INQUIRY**
   1) **Personal Contacts**: CONDUCTED PHONE INTERVIEW WITH CW3 MACGREGOR, SELECTING OFFICIAL, ON 20 NOV 01, 2:12 PM. MR. MACGREGOR STATED THAT HE SELECTED ON THE BASIS OF WHO WAS BEST FOR THE JOB. HE SAID THAT HE ASKED ALL INTERVIEWEES THE SAME NINE QUESTIONS AND THAT SSG PAULK INTERVIEWED THE POOREST. HE ALSO STATED THAT HE WOULD HAVE NON-SELECTED BEFORE HE WOULD HAVE HIRED SSG PAULK. ADDITIONALLY, HAD SSG PAULK BEEN HIRED, A RANK OR GRADE INVERSION WOULD HAVE EXISTED WITH AN E-6 SUPERVISING AN E-7.

DEFENDANT'S EXHIBIT NO. 2:05CV1141 EXHIBIT NO. 1

    2) **Documents Reviewed**: ANALYSIS WITH THE SEEM OF THE SEVEN APPLICANTS' AGES SHOW AGES OF 38, 42, 45, 45, 51 (SSG PAULK), 52, AND 56. APPLICANT SELECTED WAS CECIL WIGGINS, AGE 42. THREE APPLICANTS WERE FROM AASF #1, MONTGOMERY AND FOUR APPLICANTS WERE FROM AASF #3, MOBILE. INDIVIDUAL SELECTED FOR THE POSITION WAS AN AASF #3 EMPLOYEE.

VIII. SUMMARY OF INFORMAL RESOLUTION ATTEMPT: GIVEN THE DESIRED RESOLUTION BY THE COMPLAINANT AND LACK OF AUTHORITY AND DESIRE ON THE PART OF THE SELECTING OFFICIAL TO REMEDY THE COMPLAINT, NO RESOLUTION AT THE INFORMAL COMPLAINT LEVEL WAS POSSIBLE.

IX. SUMMARY OF INFORMATION GIVEN TO AGGRIEVED PERSON/ AGENCY BY COUNSELOR: COMPLAINANT WAS INFORMED THAT HIS DESIRED RESOLUTION WAS NOT AGREED TO, AND FURTHERMORE, COULD NOT BE AGREED TO BY MANAGEMENT. COMPLAINANT WAS GIVEN HIS NOTICE OF FINAL INTERVIEW AND RIGHT TO FILE LETTER ON 30 NOV 01.

_MICHAEL G. WOODALL_  
**Name of EEO Counselor**

_334-271-7484_  
**Telephone Number**

_[signature]_  
**Signature of Counselor**

_OTAG AL, AL-SMM_  
**Office Address**

_29 JAN 02_  
**Date**