# Defendant's Exhibit 3

# NATIONAL GUARD REGULATION (NGR) 600-25

HEADQUARTERS  
DEPARTMENT OF THE ARMY AND THE AIR FORCE  
Washington, DC 20310-2500  
31 March 1995

*NGR 600-25/ANGI 36-102

Personnel General

# MILITARY TECHNICIAN COMPATIBILITY

**Summary.** This regulation covers the utilization of National Guard resources and prescribes the policies, procedures, and responsibilities governing National Guard technician compatibility criteria. It must be used in conjunction TPR 300.

**Applicability.** This regulation applies only to the Army and Air National Guards of the 50 States, the Commonwealth of Puerto Rico, Guam, U.S. Virgin Islands, and the District of Columbia, hereafter referred to as states.

**Impact on Unit Manning System.** This regulation contains policies that affect the Unit Manning System.

**Internal Control System.** This regulation is subject to the requirements of AR 600-200 and AR 635-100.

**Supplementation.** Supplementation of this regulation is prohibited without prior written approval from NGB/DP (for ANG supplements) or NGB-ARP (for ARNG supplements).

**Interim Changes.** Interim changes to this regulation are not official unless they are authenticated by the Chief, Administrative Services. Interim changes will be destroyed on their expiration dates unless sooner superseded or rescinded.

**Suggested Improvements.** The proponent agency of this regulation is the National Guard Bureau, Personnel Directorate. Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to Chief, National Guard Bureau, **ATTN:** Personnel Directorate (NGB-ARP), Washington, DC 20310-2500.

**Content** *(Listed by paragraph numbers)*

Chapter 1    Para
General
Purpose                                         1-1
References                                      1-2
Explanation of abbreviations and terms          1-3
Responsibilities                                1-4

Chapter 2
Administrative Information
Position assignments                            2-1
Implementing instructions                       2-2

Appendix
A. References

Glossary

## Chapter 1
## General

### 1-1. Purpose
a This regulation prescribes policies, procedures and responsibilities governing Army and Air Guard technician compatibility criteria.

b. Use this regulation in conjunction with the references in **appendix A.**

### 1-2. References
Related publications are listed in **appendix A.**

### 1-3. Explanation of abbreviations and terms
Abbreviations and special terms used in this regulation are explained in the **glossary.**

### 1-4. Responsibilities
a The Chief, National Guard Bureau (NGB), establishes policy, plans and programs (concerning technician compatibility) including approval of waivers and exceptions to policy. NGB monitors the states' compliance with technician compatibility guidelines and reports to Congress, the Office of the Secretary of Defense (OSD) and other agencies in the Department of Defense (DoD) and the Department of the Army (DA).

b. Army National Guard Full-Time Support Division (NGB-ARP-F) and Air National Guard Readiness Center/Personnel Directorate (ANGRC/DP) monitor compliance with and establish military technician guidelines; interface with field agencies, NGB/DP and NGB-ARP; and approve waivers.

c The Adjutant General (TAG) implements and enforces policy at the state level. The TAG ensures compliance with the technician compatibility program.

---

*This regulation supersedes C8, TPR 300, 302.7. paras 7-10 and 7-11, dated 23 February 1987.



DEFENDANT'S EXHIBIT  
CASE NO. 2:05cv1141  
EXHIBIT NO. 3

d. The Human Resources Office (HRO) develops local plans and procedures. The HRO prepares records and reports as required in this regulation. The HRO submits exceptions to policy and requests for waivers to NGB-ARP (Army) and NGB/DP (Air) for approval. The HRO will submit involuntary separation actions in accordance with TPR 715 for military technicians (MT) not in compliance with the regulation.

e. The Military Commander assigns military technicians to TDA/MTOE/UMD duty positions and coordinates the assignment with the military and full-time support chain of command.

f. The first line supervisor initiates requests for waivers and exceptions to policy concerning the military technicians duty position assignment.

1-5. Authority
The Governor is the Commander-in-Chief of the Army and the Air National Guard units of his/her state or territory when these units are not in federal (Title 10) status. District of Columbia units serve under a Commanding General who is appointed by the President of the United States.

Chapter 2
Administrative Information

2-1. Position assignments
  a. Grade inversions. Military grade inversion within the full-time work force is not permitted. The grade inversion concept is inconsistent with the nature of the National Guard. The military grade of the full-time supervisor must equal or exceed the military grade of personnel supervised. Unit of assignment or service component of the individual does not change this policy.

  b. Military position duty assignment. A military technician must be the primary occupant of the military position.

  c. State headquarters. State Area Command (STARC), United States Property and Fiscal Office (USP&FO) and ARNG Training Site personnel must be assigned to a compatible position in a unit within the state. ANG personnel employed at HRO and USP&FO must be assigned to the ANG State Headquarters manpower document.

  d. ARNG maintenance personnel. Maintenance personnel employed in the Combined Support Maintenance Shop (CSMS), Mobilization and Training Equipment Site (MATES), Unit Training Equipment Site (UTES), and Watercraft Support Maintenance Center (WSMC) must be assigned to a compatible position in any unit in the state. If a compatible position does not exist in the organization then the technician may be assigned to the lowest organic entity within the state.

  e. ARNG Organizational Maintenance Shop (OMS). All technicians employed in an OMS must be assigned to a compatible position in a supported organization. If a compatible position does not exist in the supported organization, the technician may be assigned to an element in the supported command not serviced by that OMS.

  f. ARNG aviation facilities. Personnel employed in aviation facilities; Army Aviation Support Facility (AASF), Army Aviation Operating Facility (AAOF), Aviation Classification Repair Activity Depot (AVCRAD) must be assigned to a MTOE/TDA organization supported by the facility.

  g. ARNG Watercraft Support Maintenance Center (WSMC). Personnel who are assigned to the CSMS. MATES or UTES may be assigned duty MOSs 88K, 88L, 88Y or 88Z in the organization supported by the WSMC.

  h. ARNG Installation Support Unit (ISU). Personnel employed at an ISU must be assigned to that table of distribution and allowances (TDA) unit.

  i. General Officers. General Officers may not be in a pay status as a technician except ANG technician position descriptions requiring the incumbent to be the commander of a tactical combat unit (ANG-Wing Commander position). Refer to TPR 715 for situations not described in this paragraph.

  j. Temporary appointments. Military technician compatibility criteria does not apply to temporary limited appointments, temporary promotions and details. Temporary limited excepted beyond 24 months are subject to compatibility requirements.

2-2. Implementing Instructions
  a. States must implement an NGB approved plan to achieve 100 percent compliance with this regulation. Compliance may be achieved through training, reassignment or appropriate waivers.
    (1) Military appointment requirements will be in accordance with TPR 715.
    (2) MOS 09S/09W are compatible for currently employed technicians while enrolled in OCS/WOCS. Upon acceptance of commission the provisions of TPR 715 apply.

  b. A waiver to the compatibility criteria must be approved by NGB-ARP-FS for ARNG personnel and ANGRC/DP for ANG personnel when incompatibility results from force structure changes or other circumstances beyond the control of the technician or the SPMO.

  c. When military appointment requirements (officer, warrant officer, enlisted) or compatibility criteria changes create an incompatible assignment, the incumbent may be "grandfathered" for compatibility purposes in that position in his/her current grade. This exception is valid only while the military technician continues to occupy the same military and technician

position(s). After the incumbent leaves, the compatibility criteria in effect at the time will apply. Continuing efforts must be made to assign the technician to a compatible military position.

*d.* For ANG personnel, incompatible assignment waivers (grandfathering) must be approved on a case-by-case basis by Air National Guard Readiness Center/Personnel Directorate (ANGRC/DPM).

*e.* Command/Leadership waivers require prior written approval of Army National Guard Full-Time Support Division Requirements Branch (NGB-ARP-FR) for ARNG soldiers.

(1) ARNG command/leadership assignments may be approved for the following command positions; Commander, Platoon Leader, Command Sergeant Major and First Sergeant. Staff assignments may be approved for battalion/brigade primary officer and non-commissioned officer (NCO) staff positions.

(2) All ARNG command/leadership assignments will be for a period not to exceed three years.

(3) ARNG military technicians are not allowed more than one command/leadership assignment at the same level regardless of duty status.

(4) ARNG military technicians must be qualified in their Area of Concentration (AOC) or Military Occupational Specialty (MOS) of the MTOE/TDA command/leadership position that they will be militarily assigned.

(5) ANG First Sergeant and Senior Enlisted Advisor position assignments must be in accordance with NGR(AF) 35-2.

*f.* ARNG Military technicians must serve in command/leadership assignments within the unit of the technician's full-time employment with the following exceptions:

(1) STARC, USP&FO and ARNG Training Site personnel may be assigned militarily to any unit in the state.

(2) Maintenance personnel assigned to a CSMS, MATES or UTES must be militarily assigned to a supported unit.

(3) OMS personnel must be militarily assigned to a supported unit. If a compatible position does not exist in the supported unit, the technician may be assigned to an element in the supported command not serviced by that OMS.

(4) AASF, AAOF and AVCRAD personnel must be militarily assigned to a supported unit.

(5) For the period of the waiver, ARNG and ANG military technicians must continue to perform the daily duties as described in their position description and documented on the Support Personnel Manning Document (SPMD).

(6) All military technician command/leadership assignments will be documented in the Defense Civilian Personnel Data-System (DCPDS) prior to the effective date of the technician's assignment.

*g.* Grade inversion is not permitted as a result of a command/leadership assignment.

*h.* Incompatibility Report. To comply with Congressional direction and gather accurate data concerning incompatible military assignments, each state must maintain accurate records on each military technician who occupies a military position which is incompatible with his or her technician job and for technicians who have been granted exceptions in accordance with paragraph 2-2c above. The records will be maintained and updated on the DCPDS on a continuing basis.

## APPENDIX A
## References

**AR 600-200**
Enlisted Personnel Management System

**AR 611-101/AFI 36-2105**
Commissioned Officer Classification System/Officer Classification

**AR 611-112**
Manual of Warrant Officer Military Occupational Specialties

**AR 611-201/AFMAN 39-2108**
Enlisted Career Management/Airman Classification

**AR 635-100**
Officer Personnel

**DoD Directive 1205.18**
Full-Time Support to the Reserve Components

**National Guard Technician Act of 1968** (Senate Report Number 1446)

**NGR 600-100**
Commissioned Officers - Federal Recognition and Related Personnel Actions

**NGR 600-101**
Warrant Officers - Federal Recognition and Personnel Actions

**NGR 600-200**
Enlisted Personnel Management

**NGR (AF) 35-2**
Assignments within the Air National Guard

**ANGI 36-101**
Active Guard Reserve (AGR) Program

**ANGPD 36-1**
Full-Time Support to the Air National Guard

**TPR 300**
Technician Personnel Regulation 300

**TPR 715**
Voluntary and Non-Disciplinary Actions

3

# GLOSSARY

## Section I
## Abbreviations

**AAOF**
Army Aviation Operating Facility

**AASF**
Army Aviation Operating Facility

**AFSC**
Air Force Specialty Code

**ANG**
Air National Guard

**ANGRC**
Air National Guard Readiness Center

**ANGRC/DP**
Air National Guard Readiness Center, Directorate of Personnel

**AOC**
Area of Concentration

**ARNG**
Army National Guard

**ARNGRC**
Army National Guard Readiness Center

**AVCRAD**
Aviation Classification Repair Activity Depot

**CSMS**
Combined Support Maintenance Shop

**DA**
Department of the Army

**DCPDS**
Defense Civilian Personnel Data System

**DoD**
Department of Defense

**HRO**
Human Resources Office

**ISU**
Installation Support Unit

**MATES**
Mobilization and Training Equipment Site

**MOS**
Military Occupational Specialty

**MT**
military technicians

**MTOE**
Modified Tables of Organization and Equipment

**NCO**
noncommissioned officer

**NGB**
National Guard Bureau

**NGB/DP**
National Guard Bureau, Directorate of Personnel

**OMS**
Organizational Maintenance Shop

**OSD**
Office of the Secretary of Defense

**STARC**
State Area Command

**TAG**
The Adjutant General

**TDA**
Table of Distribution and Allowances

**TPR**
Technician Personnel Regulation

**USP&FO**
United States Property and Fiscal Office

**UTES**
Unit Training Equipment Site

**WSMC**
Watercraft Support Maintenance Center

## Section II
## Terms

**Activity**
A non-mobilization entity such as (MATES), (CSMS), (USP&FO), (UTES), (OMS), (WSMC) and (AASF). (ARNG only)

**Compatibility**
Compatibility is the condition in which a military technician MTOE/TDA/UMD assignment is substantially equivalent to the duties described in the full-time technician position description.

**Exception**
An incompatible assignment, approved by National Guard Bureau, that will be granted for a specified period of time.

**First Line Supervisor**
The individual who directly supervises the technician at their full-time position.

31 March 1995 NGR **600-25/ANGI** 36-102

**Military Duty Position**
The paragraph/line number of a MTOE/TDA/UMD position to which the military member is assigned.

**Military Technician**
A federal civil service employee who has an excepted appointment as a full-time employee of the Air or Army National Guard.

**Mobilization Entity**
The organic military organization at the lowest level which mobilizes as a complete entity.

**Primary Occupant**
An individual assigned to a military duty position who would mobilize with the unit in that position.

**Waivers**
An authorized variance to established policy

By Order of the Secretary of the Army:

EDWARD D. BACA
Lieutenant General, USA
Chief, National Guard Bureau

Official:

DEBORAH GILMORE
Chief
Administrative Services

Distribution: B/F

5