# Defendant's Exhibit 4

# FORMAL EEO COMPLAINT

# NATIONAL GUARD BUREAU

## FORMAL COMPLAINT OF DISCRIMINATION
(FOR USE OF THIS FORM, SEE NGR (AR) 690-600/NGR (AF) 40-1614: PROPONENT AGENCY IS NGB-EO)

### PRIVACY ACT INFORMATION

1. Authority: Public Law 92-261 amending 42 USC 2000e

2. Principal Purpose: Used by National Guard Technicians in filing a formal complaint of discrimination

3. Routine Uses: Used by National Guard Technicians in filing formal complaints of discrimination. Used by State Adjutant General in accepting or dismissing complaints and when requesting investigations from the National Guard Bureau. The form becomes a part of the official complaint file

4. Mandatory or Voluntary Disclosure and Effect on Individual not providing information. This form must be completed by a complainant in filing a formal complaint of discrimination. It is not mandatory in that complaints of discrimination will be accepted if submitted in other formats. Failure to provide information as specified may result in delay or dismissal of a complaint

### INSTRUCTIONS FOR NGB FORM 713-5

Any technician or applicant for technician employment who believes that he or she has been discriminated against because of race, color, religion, gender (including sexual harassment), national origin, age, or physical or mental handicap, in an employment matter subject to the control of the State National Guard or the National Guard Bureau, may file an individual complaint of discrimination. Before a formal complaint can be filed, the complainant must first present the matter as an informal complaint to an EEO Counselor or the SEEM within 45 calendar days from the date of the alleged discriminatory event or the personnel action took place. Each issue must state a specific incident, to include dates, so that its scope is clear. Also, each issue must have been discussed with an EEO Counselor. The counselor will assist you in stating acceptable issues in clear terms. Any issues that are not clear and specific will be returned for clarification or may be dismissed.

### TO BE COMPLETED BY THE SEEM
The matters giving rise to the complaint will be coded using one or more of the following codes:

| CATEGORY | CODE | CATEGORY | CODE | CATEGORY | CODE |
|---|---|---|---|---|---|
| Appointment/Hire | 1 | Duty Hours | 10 | Reassignment: | |
| Assignment of Duties | 2 | Equal Pay Act Violation | 11 | Request Denied | 18 |
| Awards | 3 | Examination/Test | 12 | Directed | 19 |
| Conversion to Full Time | 4 | Evaluation/Appraisal | 13 | Reinstatement | 20 |
| Disciplinary Action: | | Harassment: | | Retirement | 21 |
| Demotion | 5 | Non-Sexual | 14 | Time and Attendance | 22 |
| Reprimand | 6 | Sexual | 15 | Training | 23 |
| Suspension | 7 | Pay Including Overtime | 16 | Terms/Condition of Empl | 24 |
| Termination | 8 | Promotion/Non-Selection | 17 | Other | 25 |
| Other | 9 | | | | |

Enter Code(s) for Matter(s) Giving rise to the Complaint → 17

Date Counselor Contacted: 31 Oct 01

Date of Initial Interview: 7 Nov 01

Date of Final Interview: 30 Nov 01

DATE FILED WITH SEEM: 14 Dec 01

BASED ON:  ☐ Postmark   ☑ Delivery

☐ Faxed   ☐ No legible Postmark (use 5 days before rece

NGB Form 713-5-R   (Replaces NGB Form 713-5, dated 15 Feb 90, which is obsolete)
1 Feb 94

DEFENDANT'S EXHIBIT
CASE NO. 2:05 CV 1141
EXHIBIT NO. 4

| Formal Complaint of Discrimination in the National Guard | EEO Office Only |
|---|---|
| State: Alabama | NGB Case Number: T- |

1. **Name of Complainant:** (Last, First, Middle Initial)
   Paulk, Stephen D.

2. **Home Address** (Includes Zip Code)
   1786 Hillabee Rd.
   Ramer, Ala 36069

3. **Telephones:**
   Business:   Commercial: (334) 280-4873
   DSN: 363-7634
   Home: (334) 562-9453

4. **Activity or Unit in which Discrimination Took Place**
   AASF #3, Mobile, AL.

5. **Are You Presently a:**
   ✓ Technician
   ___ Applicant for Employment
   ___ Former Technician

6. **Location of the Position** (If different from 4 Above)

7. **Check Below the Bases (REASONS) for the Alleged Discrimination**

   - R   RACE (Check your Race) ___Black ___White ___Amer Ind/AK Native ___Asian Pacific
   - ✓ A   Age (State your age) 51
   - G   Gender (Not Sexual Harassment – State your gender) ___Male ___Female
   - S   Gender (Sexual Harassment – State your gender) ___Male ___Female
   - N   National Origin (State your National Origin) ___Hispanic ___Other (Specify)___
   - C   Color (State your Color)
   - H   Handicap (State your Handicap)
   - L   Religion (State your Religion)
   - O   Retaliation (Based upon EEO Activity) ___Yes ___No

8. **Are you Being Represented?**
   ☐ a. Yes (Complete 9)   ✓ b. No

9. **If yes, Name of Representative**
   Attorney at Law ☐ Yes ☐ No

10. I ☐ have ✓ have not filed a grievance on this matter.

11. I ☐ have ✓ have not appealed to MSBP

12. **What corrective action do you want taken to resolve this complaint?**
    To receive the same benefits and salary as if I were selected for the position.

13. Specific Allegation and Issues (explain how you believe you were discriminated against).

   ISSUES:
   A. Number Each Issue
   B. List briefly the Alleged Act of Discrimination, the basis and the Date(s) it Took Place
   C. Optional: You may indicate the name of the individual you believe discriminated against you

   SAMPLE:
   1. I was discriminated against on (date) on the basis of (Race, Religion, or other Basis) when (briefly list the discriminatory event(s) or personnel action)

1. I feel age was the determining factor used in the selection process for Job Announcement # 01-180.

2. Management has indicated that a younger person would be better suited for the job.

14. Signature of Complainant: *[signed] Steph. J. Pauh*

15. Date: 13 Dec 01

Do not date before you receive a Notice of Final Interview and Right to File a Complaint from your EEO Counselor

NGB Form 713-5-R     (Replaces NGB Form 713-5, dated 15 Feb 90, which is obsolete)
1 Feb 94

NGB Form 713-5-R   (Replaces NGB Form 713-5, dated 15 Feb 90, which is obsolete)
1 Feb 94