# Defendant's Exhibit 7

# APPEAL TO EEOC OFO

DEFENDANT'S
EXHIBIT

CASE NO. 2:05cv1141
EXHIBIT NO. 7

28 February 05
1786 Hillabee Road
Ramer, AL 36069

Office of Federal Operations
Equal Employment Opportunity Commission
P.O. Box 19848
Washington, D.C. 20036

Subj: Appeal of Discrimination Compliant of Staff Sergeant (SSG) Stephen Dwight Paulk, Alabama National Guard, Dr. Francis J. Harvey, Secretary of the Army, NGB Case No. T-0072-AL-A-01-02-A

Dear Sir or Madam,

The purpose of this letter is to notify you that I wish to appeal the final decision of the National Guard Bureau (NGB) on subject discrimination complaint. EEOC Form 573 (Rev 1/01, Notice of Appeal/Petition is enclosed.

The following information is provided as the basis for the appeal.

### Background

I am a former male employee of the Alabama National Guard who was born in May 1950. Once December 13, 2001, I filed a formal complaint based on age, when I was not selected to the position of Aircraft Systems Supervisor at AASF#3 in Mobile, AL

### Analysis and Findings Used in the National Guard Bureau's Decision to Adopt the finding of no discrimination.

- The complainant established a prima facie case that I am a member of a protected group

- Management denied that their actions were based on non-merit factors, rather on the qualifications of the candidates selected.

- Management denied the allegations and articulated its reason for the actions it took and maintained that they were not discriminatory and produced witnesses and documentation to support it contention.

- Management contends that in selecting the best candidate, the Alabama National Guard stated that they had gained the services of a highly motivated individual.

- The evidence presented by the complainant establishes pretext is unpersuasive to carry the complaint's ultimate evidentiary burden of proof. For example, the complainant has presented no persuasive evidence that the Agency's reasons are false or otherwise not the true reasons for not selecting him for the Aircraft System Supervisor position.

- The complainant has voluntarily retired from the Alabama National Guard.

Basis for Appeal

The appeal of the final decision of the National Guard Bureau (NGB) on subject discrimination complaint is based on the following.

- The Agency failed to demonstrated legitimate non-discriminatory reasons for non-selection of the complainant for the position of Aircraft Systems Supervisor. The evidence of record fails to establish that the selection was based on merit factors. The following information pertains.

    o The Alabama National Guard contends that in selecting the "best candidate, they had gained the services of a "highly motivated individual". Yet, "motivation" is neither listed as a KSA for Aircraft System Supervisor, nor does the crediting plan include "motivation" as a factor to be considered. Moreover, the agency failed to identify the method used by the selecting official to "measure" candidate's motivation. Reference is made to *Report of Investigation in Compliant of SSG Stephen Paulk*, page 8, Section IV. According to the report, the Selecting Official testified that he "viewed the complainant's interview as poor, particularity in the area of motivation..." Because there is no direct correlation between the nine interview questions used by the Selecting Official and his conclusion that the complainant lacked motivation necessary to successfully perform the tasks of the Aircraft Systems Supervisor, it must be concluded that the Selecting Official used a basis other than merit to make this conclusion. Please note the agency failed to provide documentation on how this so-called "motivational assessment" was conducted and what information the Selecting Official used for the assessment of candidates' motivation.
    o While the agency stated that the selection was based upon the results of the interview conducted by the Selecting Official who interviewed all of the candidates, using the same set of nine questions, the agency failed to provide documented evidence to support the Selecting Official's contention that the complaint's interview was "poor." The agency did not produce any interview notes used by the Selecting Official to document the candidate's answers to the nine questions nor any documentation of how, or what merit-based factors were used to score the interviews, it must

be concluded that the Selecting Official used non-merit factors for the selection.
- The "grade inversion" prohibition cited by the agency as another reason the complainant could not be selected for the position also demonstrates that the agency used non-merit basis for the non-selection of SSG Stephen Paulk. In the *"Report of Investigation in Compliant of SSG Stephen Paulk"*, page 8, Section IV, LTC Donnie Davis testified relative to the grade inversion issue, "explaining that grade inversions within the full-time workforce is not permitted in that the military grade of the full-time supervisor must be equal or exceed the military grade of personnel supervised. The Selecting Official, who would supervise the incumbent of the position under review, is an E6 and is junior in military grade to the complainant who is an E7".
    - The complainant was referred to the Selecting Official on the certificate by the servicing HRO who indicated that the complainant was both "qualified and eligible" for the position. To impose the "grade inversion issue" ex post facto appears to substantiate that the selection was not based upon merit.
    - The fact that the Selecting Official was junior to the complainant in military rank questions whether the selecting official could provide an adequate, non-biased assessment of the complainant.
    - The agency has not consistently used grade inversion as a basis for non-selection in past cases. Agency practice is to realign military assignments to accommodate candidates selected for military technician positions that would cause a military grade inversion. The military realignment occurs AFTER the civilian technician selection has been made. The agency failed to cite one prior case where non-selection was based upon the potential for military grade inversions.
- The agency's record of promotions and selections clearly indicates a pattern of discrimination based upon age. Older, more experienced employees are consistently non-selected for positions by the agency. The complainant clearly has more experience relative to the experience requirements and KSA required for the position of Aircraft System Supervisor.
    - The agency failed to provide documentation relative to the crediting plan for the vacancy, including the relative rating and raking of the complainant and individual selected. Evidence that that the agency used non-merit based factors in the selection is provided in the *"Report of Investigation in Compliant of SSG Stephen Paulk"*, page 8, Section IV, which states, " that a review of pertinent applications reveals that the complainant had

approximately 12 years of experience as a mechanic **and** approximately 5 years of experience as a Quality Control Supervisor, while the selectee's application reveals 12 years of experience as an aircraft mechanic, **including** approximately six years of supervision. "

Sincerely,

*Stephen Paulk*

Stephen D. Paulk
Staff Sergeant (SSG), ret.

Enclsoure

CC: NGB-EO-CR
      TAG, AL SPMO EEO

# NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## OFFICE OF FEDERAL OPERATIONS
P.O. Box 19848
Washington, DC 20036

**Complainant Information: (Please Print or Type)**

| | |
|---|---|
| Complainant's name (Last, First, M.I.): | PAULK, STEPHEN D. |
| Home/mailing address: | 1786 HILLABEE RD |
| City, State, ZIP Code: | RAMER, AL 36069 |
| Daytime Telephone # (with area code): | 334-562-9453 |
| E-mail address (if any): | |

**Attorney/Representative Information (if any):**

| | |
|---|---|
| Attorney name: | |
| Non-Attorney Representative name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |

**General Information:**

| | |
|---|---|
| Name of the agency being charged with discrimination: | ALABAMA NATIONAL GUARD |
| Identify the Agency's complaint number: | T-0072-AL-A-01-02-A |
| Location of the duty station or local facility in which the complaint arose: | AASF #3, MOBILE, AL |
| Has a final action been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | X Yes; Date Received 2-19-05 (Remember to attach a copy) ___ No ___ This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on this same matter with the EEOC, another agency, or through any other administrative or collective bargaining procedures? | X No ___ Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) |
| Has a civil action (lawsuit) been filed in connection with this complaint? | X No ___ Yes (Attach a copy of the civil action filed) |

NOTICE: Please attach a copy of the final decision or order from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the EEOC Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the EEOC and with the agency within 30 days of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the EEOC at the address above.

| | |
|---|---|
| Signature of complainant or complainant's representative: | *[signed] Stephen Paulk* |
| Date: | 2-28-05 |

EEOC Form 573 REV 1/01