# Defendant's Exhibit 9

# Declaration of Phyllis Brantley

DEFENDANT'S
EXHIBIT

CASE
NO. 2:05cv1141

EXHIBIT
NO. 9

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEPHEN D. PAULK,                            )
                                             )
        Plaintiff,                           )
                                             )
            v.                               )        Civil Action Number: 2:05cv1141
                                             )
FRANCIS J. HARVEY, Secretary of the )
Army, and the DEPARTMENT of the )
ARMY.                                        )
                                             )
        Defendants.                          )
_____)

## DECLARATION OF PHYLLIS BRANTLEY

I, Phyllis Brantley, Arlington, Virginia, make the following declaration pursuant to the

provisions of 28 U.S.C. § 1746 and under penalty of perjury. I understand that this declaration

will be filed in the United States District Court for the Middle District of Alabama, Northern

Division, in the case of Stephen D. Paulk and that this declaration is the legal equivalent of a

statement under oath.

1. I serve as the Chief, Affirmative Employment and Special Emphasis, for the National

Guard Bureau (NGB) Office of Equal Opportunity and Civil Rights, located in Arlington,

Virginia. My grade is GS-14. I have served in this capacity for three (3) years. I have been an

employee of the National Guard Bureau for over sixteen (16) years.

2. As the Chief, Affirmative Employment and Special Emphasis Programs, I act for the

Chief, Complaints Management, and in her absence I am responsible for maintaining records and

1

files for National Guard personnel who file complaints of discrimination. As part of my duties,

I responded to a request from the United States Army Litigation Division to review the history of

Staff Sergeant (SSG) Stephen D. Paulk's equal employment opportunity complaint.

3. I reviewed the contents of SSG Paulk's file identified as NGB Case No. T-0072-AL-A-01-02-A. On February 14, 2005, this office sent a final decision to SSG Stephen Paulk

informing him that the NGB had reviewed his December 13, 2001 complaint of discrimination

related to a selection decision for an Aircraft System Supervisor position with the Alabama

National Guard. This final decision found no evidence of discrimination. The decision was

signed by Mr. Felton Page, NGB Director of the Office of Equal Opportunity and Civil Rights.

The decision informed SSG Paulk of his right to file a judicial complaint within 90 days or to

appeal his case to the Equal Employment Opportunity Commission, Office of Federal Operations

(EEOC OFO). SSG Paulk was clearly advised of how to file the appeal with EEOC OFO and

that the appeal must be filed within 30 calendar days. Should he appeal, SSG Paulk was also

directed to file a copy of his appeal with my office and with the State Equal Employment

Manager for the Alabama National Guard.

4. SSG Paulk's file also contains a Form 573 Notice of Appeal, a letter to the EEOC

OFO, and a letter to my office, all dated February 28, 2005. This information was received by

the NGB Office of Equal Opportunity and Civil Rights on May 9, 2005. The letter bears a

postmark of May 3, 2005. It is a customary practice for my office to annotate the receipt and

dispatch of official correspondence related to discrimination complaints and SSG Paulk's

correspondence was handled in accordance with our usual business practices. A copy of the

envelope is attached and identified as Exhibit A.

5. There is no indication in any of the files that I reviewed to indicate that SSG Paulk sent any other notice to my office after the dispatch of the final agency decision in his case and prior to the receipt of his EEOC OFO appeal that was postmarked May 3, 2005 and received by my office on May 9, 2005.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2006.

Phyllis Brantley
Chief, Affirmative Employment and Special
Emphasis Programs

Attachment A – Envelope postmarked May 3, 2005

Powell
1786 Hillabee Rd
Ramer, Al
     36069

Office of Equal Opportunity & Civil Rights
1411 Jefferson Davis Hwy
Arlington, Va 22202

attn: NGB-EO-CR