# Defendant's Exhibit 10

# EEOC OPINION DENYING RECONSIDERATION

FOCUS - 1 of 2 DOCUMENTS

Stephen D. Paulk, Complainant, v. Dr. Francis J. Harvey, Secretary, (National Guard Bureau), Department of the Army, Agency

Appeal No. 01A53922 Agency No. T-0072-AL-A-01-02-A Request No. 05A60066

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*2005 EEOPUB LEXIS 5261*

October 27, 2005

**ISSUEDBY:** [*1]  For the Commission by Carlton M. Hadden, Director, Office of Federal Operations

**OPINION:**

DENIAL

Stephen D. Paulk (complainant) timely requested reconsideration of the decision in *Stephen D. Paulk v. Department of the Army,* EEOC Appeal No. 01A53922 (August 29, 2005). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. *See* 29 C.F.R. § 1614.405(b).

In its prior decision, the Commission dismissed complainant's appeal on the grounds that the appeal was untimely filed. The Commission found that complainant acknowledged that he received the agency's final decision on February 19, 2005, but that complainant did not file an appeal until May 4, 2005.

In his request, complainant asserts that the Notice of Appeal was mailed on February 28, 2005, and therefore, his appeal was timely filed.

Upon review of the record, the Commission notes that while complainant's [*2] Notice of Appeal form was dated February 28, 2005, complainant's appeal was postmarked May 4, 2005, as stated in the prior decision. EEOC Regulation 29 C.F.R. § 1614.604(b) states that "[a] document shall be deemed timely if it is received or postmarked before the expiration of the applicable filing period, or, in the absence of a legible postmark, if it is received within five days of the expiration of the applicable filing period." Complainant's appeal was not filed within the applicable time period.

After reconsidering the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 01A53922 remains the Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

**LOAD-DATE:** November 9, 2005



DEFENDANT'S EXHIBIT
CASE NO. 2:05 cv 1141
EXHIBIT NO. 10