# Defendant's Exhibit 11

# EEOC TESTIMONY OF SSG PAULK

COPY

176

```
 1              EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
                     BIRMINGHAM DISTRICT OFFICE
 2                       RIDGE PARK PLACE
                       1130 22ND STREET SOUTH
 3                   BIRMINGHAM, ALABAMA  35205

 4

 5    COMPLAINT OF:
      SAMUEL PAULK,
 6
      Complainant,
 7
      and
 8
      R. L. BROWNLEE,
 9    Acting Secretary,
      DEPARTMENT OF THE ARMY,
10
      Agency.
11
                     * * * * * * * * * * *
12                     AFTERNOON SESSION
                     * * * * * * * * * * *
13

14          TESTIMONY AND PROCEEDINGS, taken before

15    the Honorable Jill Lolley Vincent, Administrative

16    Law Judge, at the Alabama Army National Guard,

17    1720 Cong. W. L. Dickinson Drive, Soldiers

18    Support Center, Montgomery, Alabama, on Thursday,

19    March 18, 2004, commencing at approximately

20    12:25 p.m., and reported by C. Dawn Ashcraft,

21    Court Reporter and Commissioner for the State of

22    Alabama at Large.

23                   * * * * * * * * * * *
```

*DUNN, KING & ASSOCIATES*
*Montgomery, Alabama*
(334) 263-0261 or (800) 359-8001

DEFENDANT'S EXHIBIT
CASE NO. 2:05cv1141
EXHIBIT NO. 11

177

|   |   |
|---|---|
| 1 | APPEARANCES |
| 2 | ADMINISTRATIVE LAW JUDGE: |
| 3 | Ms. Jill Lolley Vincent<br>Administrative Law Judge |
| 4 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Birmingham District Office, Ridge Park Place |
| 5 | 1130 22nd Street South, Suite 2000<br>Birmingham, Alabama  35205 |
| 6 |   |
| 7 | FOR THE COMPLAINANT: |
| 8 | Mr. Jay Lewis<br>Attorney at Law<br>P.O. Box 5059 |
| 9 | Montgomery, Alabama  36103 |
| 10 | FOR THE AGENCY: |
| 11 | COL Richard N. Meadows<br>Staff Judge Advocate |
| 12 | Alabama Army National Guard<br>Office of Staff Judge Advocate |
| 13 | P.O. Box 3711<br>Montgomery, Alabama  36109-0711 |
| 14 |   |
| 15 | ALSO PRESENT: |
| 16 | Mr. Samuel Paulk<br>Col. Donnie Ray Davis<br>Lt. Pamela Phillips |
| 17 | Sgt. Patsy Dodson |
| 18 | * * * * * * * * * * |
| 19 | ADMINISTRATIVE LAW JUDGE:  Mr. Lewis, |
| 20 | do you have any further |
| 21 | witnesses? |
| 22 | MR. LEWIS:  I'd like to present the |
| 23 | testimony of Mr. Stephen Dwight |

*DUNN, KING & ASSOCIATES*
*Montgomery, Alabama*
*(334) 263-0261 or (800) 359-8001*

```
 1    MR. LEWIS:  Yes, Your Honor.  Let me
 2        see here.
 3            Yes, I do.  May I make a call
 4        real quickly?
 5    ADMINISTRATIVE LAW JUDGE:  Yes, sir.
 6        Is there a speaker phone in this
 7        room?
 8    COL MEADOWS:  Yes, ma'am.
 9            (Brief pause)
10    ADMINISTRATIVE LAW JUDGE:  Mr. Paulk,
11        can you hear me?
12    MR. PAULK:  Yes.
13    ADMINISTRATIVE LAW JUDGE:  This is Jill
14        Vincent.  I have been assigned to
15        hear the case of Samuel Paulk
16        versus the Department of the Army,
17        and you have been called as a
18        witness in this case.  And we
19        appreciate on such a short notice
20        you serving as a witness today.
21            (Off-the-record discussion)
22    ADMINISTRATIVE LAW JUDGE:  Do you swear
23        or affirm that the testimony
```

1  you're about to give will be true
2  and accurate to the best of your
3  knowledge and recollection?
4  MR. PAULK:  I do.
5  ADMINISTRATIVE LAW JUDGE:  Would you
6  state your full name and spell it
7  for us, please.
8  THE WITNESS:  Stephen Dwight Paulk,
9  S-T-E-P-H-E-N, D-W-I-G-H-T, Paulk,
10  P-A-U-L-K.
11  ADMINISTRATIVE LAW JUDGE:  Mr. Paulk,
12  are you currently employed?
13  THE WITNESS:  No, I'm not.
14  ADMINISTRATIVE LAW JUDGE:  And where
15  were you last employed?
16  THE WITNESS:  I was employed as a
17  technician for the Alabama
18  National Guard.
19  ADMINISTRATIVE LAW JUDGE:  Are you
20  related to Samuel Paulk?
21  THE WITNESS:  No, I'm not.
22  ADMINISTRATIVE LAW JUDGE:  Thank you
23  very much.  You have been called

```
 1                    REDIRECT EXAMINATION
 2    BY MR. LEWIS:
 3    Q.   One other question, Mr. Paulk.
 4    A.   Yes.
 5    Q.   Was it purely because you couldn't find the
 6         e-mail that you dropped your complaint?
 7    A.   No.  It was because -- the main reason that I
 8         dropped it is I thought that the guy who had
 9         gotten the job, I thought that he was
10         younger.  I did not know that he was over
11         40.  I found that out later and I figured,
12         well, he was -- I think 40 something, early
13         40s, and I figured I didn't have much of a
14         case.  I figured maybe Sammy did because I
15         know Sammy had a whole lot more experience
16         than I did or either the guy that got the
17         job.
18    Q.   So in other words, you concluded that
19         Mr. Sammy Paulk would have been better
20         qualified for that position than you?
21    A.   Yes.
22    Q.   Okay.
23              MR. LEWIS:  I have no further
```

196

```
 1              questions.
 2         COL MEADOWS:  Just one other thing,
 3    Your Honor, if I may.
 4         ADMINISTRATIVE LAW JUDGE:  Colonel
 5    Meadows.
 6              RECROSS-EXAMINATION
 7  BY COL MEADOWS:
 8  Q.  Mr. Paulk, do you believe that the longer
 9      you've been on the job automatically means
10      you should get a job, you know, assuming that
11      you have been doing a good job?
12  A.  Say that again, now.
13  Q.  I'm sorry.  It was poorly worded.  Do you
14      believe that a person who has been around
15      longer and doing a good job should get a job
16      in preference over other people?
17  A.  I believe that if a man has had several years
18      of experience as a supervisor and the Guard
19      had promoted him to a W5 in his career field,
20      that he is probably more qualified than
21      someone who has zero experience as a
22      supervisor.
23  Q.  But that's not how the technician program
```

| | | |
|---|---|---|
| 1 | | works, is it, though? |
| 2 | A. | How does it work? |
| 3 | Q. | That's not how the technician program |
| 4 | | requires somebody to be hired, is it? |
| 5 | A. | Well, rank has a lot to do with it. |
| 6 | | COL MEADOWS: Nothing further. |
| 7 | | ADMINISTRATIVE LAW JUDGE: Before we |
| 8 | | leave, I just want to clarify |
| 9 | | something. |
| 10 | | You said that this e-mail that |
| 11 | | you saw concerning age was |
| 12 | | sometime after you filed your |
| 13 | | complaint of discrimination? |
| 14 | | THE WITNESS: I believe -- I believe it |
| 15 | | was. I believe it was on an |
| 16 | | appeal that I had mentioned that. |
| 17 | | I think on the first -- on the |
| 18 | | first thing, the first time I |
| 19 | | filed, I don't think it was that. |
| 20 | | I think it was on the appeal. |
| 21 | | Now, you're asking me, you know, a |
| 22 | | time line right off the top of my |
| 23 | | head. |

1          REPORTER'S CERTIFICATE

2    STATE OF ALABAMA

3    MONTGOMERY COUNTY

4          I, C. Dawn Ashcraft, Court Reporter and
5    Commissioner for the State of Alabama at Large,
6    hereby certify that on Thursday, March 18, 2004,
7    I reported the TESTIMONY AND PROCEEDINGS in the
8    matter of the foregoing cause, and that pages 5
9    through 339 contain a true and accurate
10   transcription of said proceedings.
11         I further certify that I am neither kin
12   nor of counsel to the parties to said cause, nor
13   in any manner interested in the results thereof.
14         This 16th day of April, 2004.

21   C. Dawn Ashcraft
     C. DAWN ASHCRAFT, Court Reporter
22   Commissioner for the State of
     Alabama at Large

23   MY COMMISSION EXPIRES: 8/8/07

*DUNN, KING & ASSOCIATES*
*Montgomery, Alabama*
*(334) 263-0261 or (800) 359-8001*