IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Stephen D. Paulk | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No.:2:05-CV-1141-WKW-DRC |
| v. | § | |
| | § | |
| | § | |
| Francis J. Harvey, Secretary | § | |
| of the Army & the Department | § | |
| of the Army | § | |
| | § | |
| Defendants. | § | |

RECEIVED

2006 MAR -1  A 11:07

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLAINTIFF'S MOTION FOR RECONIDERATION OF APPOINTMENT OF COUNSEL

Plaintiff, Stephen D. Paulk, moves this Court to reconsider its 9th December 2005 order denying the Plaintiff's motion for appointment of counsel and in support thereof submits:

1. On 20 December 2005, the Plaintiff filed a response to the order denying his motion for appointment of counsel begging the Court to reconsider its order based on the following:

    (a)  The Plaintiff had a pending decision on his motion to proceed in forma pauperis which the Court later granted.

    (b)  The Plaintiff's compliant involves precedent setting policy issues that will impact throughout the U.S. Armed Forces and the facts and legal issues are so complex and fall outside the scope of competency of a non-trained professional and require the appointment of licensed counsel in order for the Plaintiff to ensure the Court properly considers the matters involved in this compliant.

2.  The Court's 17 February 2006 order granting the defendant's motion for summary judgment is based upon documents, and other evidence submitted by the Defendants which involve novel and complex legal issues which justify the appointment of Plaintiff's Counsel as evidenced by the complexity of the Defendant's Exhibits and contemporaneously filed memorandum brief and which require:

    (a). Plaintiff to file sworn affidavits that must be obtained through depositions and the submission of evidence that must be obtained through discovery to set forth specifics facts that demonstrate that there is a genuine issue of material fact and important legal precedents for trail in this case.

    (b) Plaintiff to follow the requirements of FED R. Civ.P. 56 regarding the proper way to oppose a motion for summary judgment or have the Court grant the motion and enter a final judgment in favor of the moving party without further proceedings.

WHEREFORE, these requirements clearly justify the need for the knowledge, expertise and experience of a trained practitioner to respond to the Defendant's motion for summary judgment and contemporaneously filed motion brief and well as to permit the Plaintiff to obtain the requisite sworn affidavits that must be obtained through depositions and submit the evidence that can only be obtained through discovery in order to oppose the Defendant's motion for summary judgment.

Accordingly, the Plaintiff, Stephen D. Paulk moves the court to Court reconsider its 9th December 2005 decision to deny the Plaintiff's motion for appointment of counsel.

    Respectfully submitted this the 1st day of March 2006.

_____
Stephen D. Paulk
1786 Hillabee Road
Ramer, AL  36069
334-562-9453

Prose Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I filed the foregoing with the Clerk of the Court and placed copies of same in the United States mail, first class postage affixed addressed to:

R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101-0197


Lt. Col Michael E. Hokenson
U.S. Army Litigation Division
901 North Stuart Street, Suite 401
Arlington, VA 22203-1837

Stephen D. Paulk
Prose Plaintiff