## IN THE MIDDLE DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

Stephen D. Paulk                    §

              Plaintiff,            §
                                    §
                                    § Civil Action No.:2:05-CV-01141-WKW-CSC
         v.                         §
                                    §
                                    §
Francis J. Harvey, Secretary        §
of the Army& the Department         §
 of the Army                        §
                                    §
         Defendants.                §

**RECEIVED**

2006 MAR -1  A 11: 07

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER FOR SUMMARY JUDGEMENT

Plaintiff, Stephen D. Paulk, moves this Court to extend the time for the Plaintiff to respond to the motion for summary judgment from March 3, 2006 to no earlier than 1 June 2006 to:

(1)  Permit the Plaintiff an opportunity to obtain and file sworn affidavits as required FED.R. CIV. P. 56 (e); and,

(2) Permit the Plaintiff to file a motion for the court to reconsider its 9th December 2005 order denying the Plaintiff's motion for appointment of counsel.

Respectfully submitted this the 28th day of February 2006.

Stephen D. Paulk
1786 Hillabee Road
Ramer, AL  36069
334-562-9453

Prose Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I filed the foregoing with the Clerk of the Court and placed copies of same in the United States mail, first class postage affixed addressed to:

> R. Randolph Neeley
> Assistant United States Attorney
> P.O. Box 197
> Montgomery, AL  36101-0197

> Lt. Col Michael E. Hokenson
> U.S. Army Litigation Division
> 901 North Stuart Street, Suite 401
> Arlington, VA  22203-1837

Stephen D. Paulk
Prose Plaintiff