IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. PAULK, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05cv1141-T |
| | ) |
| FRANCIS J. HARVEY, Secretary of the | ) |
| Army and THE DEPARTMENT OF | ) |
| THE ARMY, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the court is the March 1, 2006, motion to reconsider order denying counsel (doc. # 20) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby DENIED.

Done this 2nd day of March, 2006.

                          /s/Charles S. Coody
                          CHARLES S. COODY
                          CHIEF UNITED STATES MAGISTRATE JUDGE