IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. PAULK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1141-T |
| | ) |
| FRANCIS J. HARVEY, Secretary of the | ) |
| Army and THE DEPARTMENT OF | ) |
| THE ARMY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the March 1, 2006, motion for an extension of time to respond to the defendant's motion for summary judgment (doc. # 21) filed by the plaintiff. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED to the extent that the deadline for the plaintiff to respond to the defendant's motion for summary judgment be and is hereby EXTENDED from March 3, 2006 until May 1, 2006.

Done this 2nd day of March, 2006.

      /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE