IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Stephen D. Paulk | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No.:2:05-CV-1141-WKW-CSC |
| v. | § |
| | § |
| | § |
| Francis J. Harvey, Secretary | § |
| of the Army & the Department | § |
| of the Army | § |
| | § |
| Defendants. | § |

## PLAINTIFF'S MOTION TO COMPEL DEFENDENTS TO PRODUCE DOCUMENTS AND THINGS

   Plaintiff, Stephen D. Paulk, moves this Court to compel the Defendants to produce the documents and things noted on the attached Request For Production.

   Having not received responses to his 30 March 2006 requests to the Defendants' attorneys for Production of Documents, the Plaintiff requests assistance from the Court to obtain the documents and things in order for the Plaintiff to prepare his response to the Defendant's Motion for Summary Judgment.

   Respectfully submitted this the 7th day of April 2006.

Stephen D. Paulk
1786 Hillabee Road
Ramer, AL 36069
334-562-9453

Prose Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2006 I filed the foregoing with the Clerk of the Court and placed copies of same in the United States mail, first class postage affixed addressed to:

R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL  36101-0197

Lt. Col Michael E. Hokenson
U.S. Army Litigation Division
901 North Stuart Street, Suite 401
Arlington, VA  22203-1837

Stephen D. Paulk
Prose Plaintiff