IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. PAULK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Civil Action No.: 2:05-CV-1141-WKW-CSC** |
| | ) |
| FRANCIS J. HARVEY, Secretary | ) |
| of the Army, and the DEPARTMENT | ) |
| of the ARMY. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL
DEFENDANTS TO PRODUCE DOCUMENTS AND THINGS**

Defendants Dr. Francis J. Harvey, Secretary of the Army, and the Department of the Army[1] (together hereinafter the "Army"), by their undersigned counsel, respectfully submit the plaintiff's Motion to Compel Defendants to Produce Documents and Things (Motion to Compel) is due to be and should be denied. In support, the defendants state as follows:

1. The plaintiff filed the pending Motion to Compel on April 7, 2006. Therein he seeks an Order compelling the defendant to respond to discovery allegedly propounded on March 30, 2006, but not received by the Offices of the United States Attorney until April 10, 2005. The plaintiff's motion is therefore premature as thirty (30) days has not

---

[1] Defendants assert that Dr. Francis J. Harvey, Secretary of the Army, is the only proper defendant in this action as he is the head of the agency pursuant to 42 U.S.C. § 2000e-16(c) and that Defendant Department of the Army is not a proper party defendant and should be dismissed from this cause of action for lack of jurisdiction.

elapsed since service of the requests upon the defendants. See Rules 33(b)(3) and 34(b), <u>Federal Rules of Civil Procedure</u>. The plaintiff's Motion to Compel is therefore premature and is due to be and should be denied on this basis.

    2.    Rule 26(d), Federal Rules of Civil Procedure, prohibits, under circumstances herein applicable, the seeking of "discovery from any source before the parties have conferred as required by Rule 26(f)." The parties to this litigation have not yet held the discussions contemplated by Rule 26(f). The plaintiff's discovery requests are therefore premature and his Motion to Compel is due to be and should be denied on this basis.

    3.    Finally, the <u>Guidelines to Civil Discovery Practice in the Middle District of Alabama</u> note "that discovery in this district is normally practiced with a spirit of ordinary civil courtesy and honesty." To further that ends the Guidelines state "[a] telephone call or letter is appropriate before filing a notice of deposition or motion to compel discovery." The plaintiff has made no efforts, of which the undersigned is aware, to contact the defendants in regards to the requests that are the subject of his Motion to Compel.

    WHEREFORE, premises considered the plaintiff's Motion to Compel is due to be and should be denied.

Respectfully submitted this 11th day of April, 2006.

                                      LEURA G. CANARY
                                      United States Attorney

                     By:   s/R. Randolph Neeley
                                      R. RANDOLPH NEELEY
                                      Assistant United States Attorney
                                      Bar Number: 9083-E56R
                                      Attorney for Defendant
                                      Post Office Box 197
                                      Montgomery, AL  36101-0197
                                      Telephone No.: (334) 223-7280
                                      Facsimile No.: (334) 223-7418
                                      E-mail:  **rand.neeley@usdoj.gov**

OF COUNSEL:

Lt. Col. Michael E. Hokenson
U.S. Army Litigation Division
901 North Stuart Street, Suite 401
Arlington, VA 22203-1837
Michael.Hokenson@hqda.army.mil
(703) 696-1606

## CERTIFICATE OF SERVICE

     I hereby certify that on April 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and placed a copy of same in the United States mail, first class postage affixed, addressed to:

> Stephen D. Paulk, *Pro Se*
> 1786 Hillabee Rd.
> Ramer, AL 36069

                                      s/R. Randolph Neeley
                                      Assistant United States Attorney