IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN D. PAULK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05cv1141-WKW |
| | ) | |
| FRANCIS J. HARVEY, Secretary of the Army and THE DEPARTMENT OF THE ARMY, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the plaintiff's motion to compel (doc. # 24) filed on April 7, 2006.  In his motion, the plaintiff asserts that the defendants have not responded to his March 30, 2006 requests for production of documents.  The Federal Rules of Civil Procedure permit the defendants thirty (30) days to respond to the plaintiff's discovery requests.   Consequently, it is

ORDERED that the motion to compel be DENIED as premature.  Nonetheless, the court concludes that a good faith conference between the plaintiff and counsel for the defendants may ameliorate further discovery disputes.  Accordingly, it is

ORDERED that the parties shall hold a face-to-face good faith *conference* not later than 20 days from the date of this order, regarding the plaintiff's discovery requests.  The defendants are DIRECTED to then respond or object to the requests within thirty (30) days of the date of this order. The parties are encouraged to review this district's Guidelines to Civil Discovery which may be found at http://www.almd.uscourts.gov.

Done this 14th day of April, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE