IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

Stephen D. Paulk                    §          2006 APR 27  A 10: 17
                                    §
          Plaintiff,                §          DEBRA P. HACKETT, CLK
                                    §          U.S. DISTRICT COURT
          v.                        § Civil Action No. 2:05-CV-1141-WKW-CSC
                                    §          MIDDLE DISTRICT ALA.
                                    §
                                    §
Francis J. Harvey, Secretary        §
of the Army & the Department        §
 of the Army                        §
                                    §
          Defendants.               §


**PLAINTIFF'S MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO
ORDER FOR SUMMARY JUDGEMENT**


Plaintiff, Stephen D. Paulk, moves this Court to further extend the
time for the Plaintiff to respond to the motion for summary judgment
from May 1, 2006 until June 30, 2006 to:

     (1)  Permit the Plaintiff an opportunity to complete and file
sworn affidavits as required FED.R. CIV. P. 56 (e) which has been
complicated and delayed by one witness who is relocating; and,

     (2) Permit the Plaintiff to review any materials produced by the
Defendants in response to Plaintiff's March 30, 2006 request to the
Defendants for Production of Documents and/or the Court's 14 April
2006 order to respond or object to request for production of
documents by May 14, 2006.

     Respectfully submitted this the 27th day of April 2006.


                              Stephen D. Paulk
                              1786 Hillabee Road
                              Ramer, AL  36069
                              334-562-9453


                              Prose Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 27 2006, I filed the foregoing with the Clerk of the Court and placed copies of same in the United States mail, first class postage affixed addressed to:

R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL  36101-0197


Lt. Col Michael E. Hokenson
U.S. Army Litigation Division
901 North Stuart Street, Suite 401
Arlington, VA  22203-1837


Stephen D. Paulk
Prose Plaintiff