IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Stephen D. Paulk | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 2:05-CV-1141-WKW-CSC |
| v. | § |
| | § |
| | § |
| Francis J. Harvey, Secretary | § |
| of the Army & the Department | § |
| of the Army | § |
| | § |
| Defendants. | § |

RECEIVED
2006 MAY -1  P 4: 23
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT**

Plaintiff, Stephen D. Paulk, respectfully submits the defendants' motion to dismiss, or in the alternative, for summary judgment is due to be and should be denied or in the alternative, to stay the defendant' motion pending the defendant's response to this Honorable Court's April 14, 2006 order for the Defendants to respond or produce documents, and in support thereof submits:

1. Plaintiff's Exhibits 1-29
2. The contemporaneously filed memorandum brief.

Wherefore, premises considered the defendants' motion to dismiss, or in the alterative, for summary judgment is due to be and should be denied.

2-3

Respectfully submitted this the 1st day of May 2006.

*[signature]*
Stephen D. Paulk
1786 Hillabee Road
Ramer, AL  36069
334-562-9453

Prose Plaintiff

2-3

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2006, I filed the foregoing with the Clerk of the Court and placed copies of same in the United States mail, first class postage affixed addressed to:

      R. Randolph Neeley
      Assistant United States Attorney
      P.O. Box 197
      Montgomery, AL 36101-0197

      Lt. Col Michael E. Hokenson
      U.S. Army Litigation Division
      901 North Stuart Street, Suite 401
      Arlington, VA 22203-1837

                                          Stephen D. Paulk
                                          Prose Plaintiff

3-3