IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Stephen D. Paulk | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No.:2:05-CV-1141-WKW-CSC |
| v. | § |
| | § |
| | § |
| Francis J. Harvey, Secretary | § |
| of the Army& the Department | § |
| of the Army | § |
| | § |
| Defendants. | § |

**LIST OF EXHIBITS TO PLAINTIFF'S RESPONSE TO DEFENDANDS' MOTION TO DISMISS, OR INT EH ALTERANTIVE, FOR SUMMARY JUDGEMENT**

Plaintiff's Exhibit 1 (PEX 1) -     Vacancy Announcement 01-180

Plaintiff's Exhibit 2 (PEX 2) -     Plaintiff's Application (OF-612)

Plaintiff's Exhibit 3(PEX 3)  -     Merit Promotion Certificate(01-180

Plaintiff's Exhibit 4 (PEX 4)-      Interview Questions

Plaintiff's Exhibit 5 (PEX 5)-      Selection Notification

Plaintiff's Exhibit 6 (PEX 6)-      Bonasera Concurrence Memo

Plaintiff's Exhibit 7 (PEX 7)-      MacGregor Delcaration

Plaintiff's Exhibit 8 (PEX 8)-      Milton Declaration

Plaintiff's Exhibit 9 (PEX 9)-      Mustin's Declaration

Plaintiff's Exhibit 10 (PEX 10)-    Notice of Receipt of Complaint

Plaintiff's Exhibit 11(PEX 11)-     Notice of Dismissal of Complaint

Plaintiff's Exhibit 12(PEX 12)-     Notice of Completion of Investigation

Plaintiff's Exhibit 13(PEX 13)-     Final Agency Decision

Plaintiff's Exhibit 20(PEX 20)-     EEOC Notice of Docket

| | |
|---|---|
| Plaintiff's Exhibit 14(PEX 14)- | Notice of EEOC Appeal |
| Plaintiff's Exhibit 15(PEX 15)- | Certificate of Mailing |
| Plaintiff's Exhibit 16(PEX 16)- | Request for Case to be Administratively Reopened |
| Plaintiff's Exhibit 17(PEX 17)- | Notification of Receipt of Appeal |
| Plaintiff's Exhibit 18(PEX 18)- | EEOC Dismissal Letter |
| Plaintiff's Exhibit 19(PEX 19)- | Plaintiff's Request for Reconsideration |
| Plaintiff's Exhibit 20(PEX 20)- | EEOC Notice of Docket |
| Plaintiff's Exhibit 21(PEX 21)- | Plaintiff's Letter Brief |
| Plaintiff's Exhibit 22(PEX 22)- | EEOC Denial of Reconsideration |
| Plaintiff's Exhibit 23(PEX 23)- | Mail Problems at Pentagon |
| Plaintiff's Exhibit 24(PEX 24)- | Federal Register Notification of Alternative Filing Requirements |
| Plaintiff's Exhibit 25(PEX 25)- | Davis Testimony in Administrative Hearing of Sammy Paulk |