# Plaintiff's Exhibit  1

Alabama Army National Guard

Vacancy Announcement (01-180)

# ALABAMA ARMY NATIONAL GUARD

**ARMY – EXCEPTED SUPERVISORY**  |  **MILITARY TECHNICIAN VACANCY**  |  **MERIT**

| | | |
|---|---|---|
| **ANNOUNCEMENT NUMBER:** 01 - 180 | **AREA OF CONSIDERATION:** STATEWIDE | **MILITARY GRADE:** OFFICER/WARRANTOFFICER/ENLISTED |
| **POSITION TITLE:** AIRCRAFT SYSTEMS SUPERVISOR | | **UNIT/ACTIVITY OFFICE/SHOP:** AASF #3, MOBILE, AL |
| **PAY POSITION/SERIES/GRADE:** WS 8801 10 | **SALARY RANGE:** PH $23.24 - $27.16 | **SELECTING OFFICIAL:** CW3 DONALD MAC GREGOR |
| **ISSUE DATE: 7/20/01** | | **CLOSE DATE: 8/9/01** |

*AN EQUAL OPPORTUNITY EMPLOYER*

## EXPERIENCE REQUIREMENTS:

**SPECIALIZED EXPERIENCE:** Must have 36 months experience: 1. Which demonstrated the ability to plan and organize work assignments for aircraft mechanics. 2. Which required the applicant to review work requirements and establish priorities to meet deadlines. 3. That provided a knowledge of the various lines of work performed by the maintenance facility and associated support organizations. 4. Which demonstrated the ability to deal effectively with other people and gain their cooperation in achieving common goals. 5. Which demonstrated the ability to supervise through subordinate supervisors, or the potential to perform such duties as evidenced by the ability to communicate, skill at applying human relations techniques, a knowledge of general supervisory concepts, and knowledge of shop processes. 6. In adapting existing equipment and techniques to new situations.

**GENERAL EXPERIENCE:** Experience, education, or training which demonstrates the applicant's ability to explain manuals and work procedures; to train others in new duties; to estimate material and manpower needed for a specific job; to provide technical assistance on difficult work operations; and to prepare production records, work records, and reports.

## KNOWLEDGE, SKILLS AND ABILITIES REQUIREMENTS:

1. Ability to plan and organize the work of an aircraft maintenance function.
2. Ability to meet deadlines.
3. Knowledge of aircraft repair functions.
4. Ability to work with others.
5. Ability to oversee and train subordinate supervisors, to deal objectively with workers and tender sound supervisory decisions.
5. Ability to devise new methods.

Individual selected for this position must be assigned to one of the following MOS's prior to being placed in the position: O: 15 WO: 151A; E: CMF 67. Applicants do not have to possess these MOS's in order to be certified as qualified for this position.

## POSITION DESCRIPTION 40080000 REQUIREMENTS:

1. Plans weekly or monthly work schedules and sequence of operations.
2. Assigns tasks to be performed.
3. Recommends and participates in the selection of personnel to fill vacancies.
4. Performs the nonsupervisory work of the function as needed.
5. Implements regulatory safety requirements and ensures that subordinates wear appropriate safety equipment and follow pertinent safety precautions.
6. Prepares for and participates in various types of readiness evaluations, inspections, mobilization and command support exercises.
7. Performs other duties as assigned.