# Plaintiff's Exhibit  2

*Plaintiff's Application OF 612*

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

u may apply for most jobs with a resume, or other written format. If your resume or application does not provide all the information quested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement<br>Aircraft Systems Supervisor | 2 Grade(s) applying for<br>WS-8801-10 | 3 Announcement number<br>01-180 |
|---|---|---|
| 4 Last name     First and middle names<br>PAULK            Stephen Dwight | | 5 Social Security Number<br>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 |
| 6 Mailing address<br>1786 Hillabee Road | | 7 Phone numbers (include area code)<br>Daytime (334) 280-4880 |
| City            State           Zip Code<br>Ramer           AL              36069 | | Evening (334) 562-9453 |

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do not attach job descriptions.

| 1) Job title (if Federal, include series and grade)<br>Aircraft Turbine Engine Mechanic  R2106000  WG-8602-10-05 | | | |
|---|---|---|---|
| From (MM/YY)  To (MM/YY)   Salary         per<br>06/91          Present       $ 16          hour | | | Hours per week<br>40 |
| Employer's name and address<br>USP&FO for AL (AASF #1)<br>Cong. W.L. Dickinson Drive, Montgomery, AL | | | Supervisor's name and phone number<br>Sammy Paulk<br>(334) 280-4880 |

Describe your duties and accomplishments

My primary duties and responsibilities as an Aircraft Turbine Engine Mechanic include but are not limited to : Recovery, diagnosis, preservation, modification, maintenance, inspection, repair and testing of aircraft turbine engines. I perform all duties In Accordance With (IAW) prescribed Technical Manuals (TM's), Technical Bulletins (TB's), Field Manuals (FM's), Army Regulations (AR's), FAA Regulations, manufacturers' specifications, factory bulletins, and Standard Operating Procedures (SOP's). I analyze data on malfunctioning engines to determine the amount of disassembly necessary to facilitate cost effective repairs and corrective action. In addition to performing maintenance tasks on turbine engines, I also perform maintenance, servicing, and testing on other major components, aircraft subassemblies and related systems and surfaces. I have served as a flight crew member on maintenance test flights to determine the flight worthiness of both aircraft and aircraft engines. I maintain computerized inventory of over 350 bench stock and repair parts to include the requisition, inspection, disposition, documentation and preservation of parts, assemblies, and subassemblies. I am responsible for the procurement and maintenance of a large inventory of specialized tools and the documentation of calibrated test equipment. I employ numerous machine trades to include drilling, tapping for helicoil inserts, grinding, thread repair, and fabrication of special tools. I use precision measuring devices to determine critical dimensional limits in engine assemblies. I have developed and maintained a program to identify and test lifting devices IAW OSHA Regulations. I work with hazardous materials including: methyl ethyl keytone, asbestos, lead, sodium dichromate, nitric acid, PD-680, and radioactive thorium under Nuclear Regulatory Commission License # STB1433. My usage of these hazardous materials is done IAW OSHA Regulations. I maintain a Petroleum, Oil, and Lubricant (POL) inventory and Material Safety Data Sheets (MSDS's). I supervise and maintain the Engine Shop IAW OSHA, Army National Guard, and State Regulations. I have a thorough knowledge of maintenance records, log books, maintenance manuals and parts manuals as well as the special tools required for aircraft maintenance and the maintenance of these tools. I supervise and train newly appointed aircraft mechanics and personnel attached to AASF #1 for Annual Training (AT) as to proper maintenance and servicing procedures and interpretation of applicable manuals. I plan out work sequences, select proper tools and repair parts, and carry out assignments in a timely manner in order to meet deadlines.

| 2) Job title (if Federal, include series and grade)<br>Aircraft Systems Foreman  02345  WS-8801-09-01 | | | |
|---|---|---|---|
| From (MM/YY)  To (MM/YY)   Salary         per<br>12/90          06/91         $ 13          hour | | | Hours per week<br>40 |
| Employer's name and address<br>USP&FO for AL (AASF #1)<br>Cong. W.L. Dickinson Drive, Montgomery, AL | | | Supervisor's name and phone number<br>Billy G. Kennedy<br>(334) 281-7722 |

Describe your duties and accomplishments

AULK, Stephen D.    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    (Work Experience Con't)

During my temporary assignment as Aircraft Systems Foreman, I supervised the following six Aviation Suppport Shops: Hydraulics, Electronics, Ground Power, Sheetmetal, Engine, and Electrical. My duties included but were not limited to: Establishing priorities for work assignments and job orders, initiation and documentation of personnel actions, monitoring work performance to insure a safe and productive work environment that conformed to OSHA, Army National Guard, State, and local regulations. I have written letters of justification for procurement of needed tools, equipment, and materials to make work more cost effective.

3)   Aircraft Turbine Engine Mechanic R2106000  WG-8602-10-02
     From 04/86 to 12/90   $ 9.36 per hour - $ 11.44 per hour    40 hours per week
     USP&FO for AL  (AASF #1)      Aaron Roberts
     Cong. W. L. Dickinson Drive   (334) 281-7722
     Montgomery, AL  36109

Duties and Accomplishments for this position are the same as the Duties and Accomplishments listed for Work Experience Item 1) Aircraft Turbine Engine Mechanic

4)   Aircraft Mechanic R6737200  WG-8852-10-01
     From 06/85 to 04/86   $ 8.99 per hour - $ 9.36 per hour    40 hours per week
     USP&FO for AL  (AASF #1)      John Rushton
     Cong. W. L. Dickinson Drive   (334) 281-7722
     Montgomery, AL  36109

During my appointment as aircraft mechanic, I was responsible for a full range of aircraft maintenance duties, which were all performed IAW applicable aircraft TM's, TB's, FM's, AR's, FAA Regulations, manufacturers' specifications, factory bulletins, and SOP's. These duties included recovery; diagnosis; preventive maintenance; modifications; inspection; repair; servicing and testing of UH-1H, OH-6, and C-7A aircraft, aircraft subassemblies, and related systems and surfaces. Other assigned duties included refueling and defueling of aircraft; receipt of bulk fuel; assisting in aircraft structural repairs; powertrain repairs; and repair of hydraulics, electrical, navigation and communication systems. I have a thorough knowledge of maintenance records, log books, maintenance manuals and parts manuals as well as the special tools required for aircraft maintenance and the maintenance of these tools. I have a full understanding of electrical, fuel, hydraulic, environmental and mechanic principles. I am also knowledgeable of hydraulic test stands, pitot static systems and vibe meters. I supervised newly appointed aircraft mechanics (both permanent and temporary) and aircraft maintenance personnel attached to AASF #1 for their AT period during my appointment as Aircraft Mechanic. I planned out work sequences, selected proper tools and repair parts, and carried out assignments through to completion in a timely manner in order to meet deadlines. Prior to repairs being performed, I analyzed and evaluated the repair methods and planned the proper work sequence. I communicated to support personnel as to the extent of the required repairs and the materials, cost, and man-hours needed to complete the repair.

5)   Aircraft Worker    R6737200B  WG-8852-08-01
     From 08/84 to 09/84   $ 7.37 per hour       40 hours per week
     USP&FO for AL  (AASF #1)      John Rushton
     Cong. W. L. Dickinson Drive   (334) 281-7722
     Montgomery, AL  36109

During my temporary appointment as Aircraft Worker, my primary duties and responsibilities included but were not limited to: the recovery, diagnosis, preservation, modification, inspection, repair, servicing and testing of aircraft, aircraft subassemblies and related systems IAW applicable aircraft TM's, TB's, FM's, AR's, FAA Regulations, manufacturers' specifications, factory bulletins, and SOP's.

~ `JLK, Stephen D.    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    (Work Experience Con't)

6) Educator
   From 03/73 to 05/83    $10,000 per year - $15,000 per year    50 + hours per week
   Montgomery County Board of Education
   Montgomery, AL            Lowetta Lee

As a teacher on high school level, I managed classrooms in all phases of education. I devised annual work assignments. I established and organized these work assignments in a logical order of progression in order to achieve both short and long-term designated goals, while simultaneously meeting local and state requirements, policies and deadlines. I maintained various sets of records; prepared professional in-service programs for the staff; met and dealt with the public on a regular basis; organized and executed fund raising events; and supervised in-house organizations, clubs, and committees. Additionally, I coached basketball and football teams; scheduled games; negotiated and signed contracts (two years in advance); arranged for transportation, game officials and security at high school sport events; while consistently meeting both local and state requirements according to policy. I served on the state textbook review and adoption committee where I organized and communicated with sub-committees who then reviewed and evaluated prospective textbooks. These subcommittees reported their evaluations and recommendations to me. I then reviewed, evaluated and reported my findings to the State Board of Education.

7) Engineer Assistant
   1969 and 1970
   State of Alabama

In 1969 and 1970, I worked for the State of Alabama as an Engineer's Assistant in a survey party. I am familiar with road grades, benchmarks, compaction tests, and stress tests. I am also familiar with measuring instruments including transits, levels, survey chains, and plumb bobs.

I have completed construction of several houses including my own. I have drafted my own blue prints, installed all the _..nbing, electrical wiring, poured and finished concrete, bucked reinforcement bars, roofed, and laid bricks.

9) Quality Control Supervisor  67T4F  SFC  promoted Jan 96
   From 12/95 to Present    IAW DOD PM
   DOD, Alabama Army National Guard
   Det 1, Co E, 1/131st Aviation        CW4 Harry Robinson
   Birmingham, AL

. am supervisor for the Quality Control Section, which has twenty-one position slots. I assign personnel to monitor aircraft maintenance based on their MOS, experience, and qualification. We represent the Commander on matters of safety to insure proper procedures and methods are followed for repair or overhaul of parts and subsystems. In addition, I am Platoon Sergeant for Supply, Production Control, and the Mess sections.

10) Aviation Maintenance Technician 67V3T  SSG  promoted May 90
    From 10/90 to 12/95    IAW DOD PM
    DOD, Alabama Army National Guard
    Det 1, HHC, 1/192nd Aviation        SFC Leon White
    Montgomery, AL

As Aviation Maintenance Technician, I was responsible for inspecting aircraft, aircraft subassemblies, related systems and surfaces and repairs performed on these components in order to insure quality control. I was the Commander's designated representative for safety and Quality Assurance associated with aviation maintenance and operations. No major accidents or mishaps have occurred in his unit since it's organization. For approximately one year, I was the incumbent of the Aviation Maintenance Technician Supervisor osition. Additional duties included the following: Test Director of Lifting Devices and other support equipment, and Weight and Balance Technician. From Jun - Jul 92, while attending the UH-60 Course at Ft Eustis, VA, I was designated as Platoon Sergeant in D `~ 1/222nd Aviation Regiment. I was responsible for people getting to PT, class, formations, etc.

HULK, Stephen D.  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   (Work Experience Con't)

11)  Utility Helicopter Repairer  67N20 SSG  promoted May 90
     From 05/85 to 10/90  IAW DOD PM
     DOD, Alabama Army National Guard
     1133rd Medical Company (AA)      SFC Ronald Gillespie
     Montgomery, AL

As Utility Helicopter Repairer, I was responsible for a full range of aircraft maintenance duties, including troubleshooting, preventive maintenance, repair, and ground testing of assemblies, systems and surfaces of the UH-1 aircraft. I performed scheduled and unscheduled aircraft maintenance IAW TM's and AR's. I am familiar with all maintenance records, maintenance and parts manuals, as well as the special tools required for aircraft maintenance and the maintenance of those tools. I am familiar with hydraulic test stands, pitot static systems and vibe meters. I provided On Job Training (OJT) to four enlisted subordinates. In May 90, I was designated as the NCOIC during AT for eight people. In this position, I planned work assignments, meals, transportation, and drug testing. I provided maintenance support to AASF #1's extensive flying program.

12)  Aircraft Component Repairman  67V20  SGT  promoted Jun 75
     From 12/84 to 05/85  IAW DOD PM   50 + hours per week
     US Army, 193rd Infantry Brigade      Cpt Michael Wallace
     Ft Clayton, Republic of Panama

During my Active Duty assignment as Aircraft Component Repairman from Dec 84 - May 85, I provided a full range of maintenance support for the 1133rd Medical Company and coordinated direct support from the Active Army Flight Facility at Ft Cobbie. I supervised and coordinated transportation, in-processing and out-processing, for each two-week rotation of arriving soldiers. I provided OJT for three subordinates.

13)  Utility Helicopter Repairer  67N20  SGT promoted Jun 75
     From 09/78 to 12/84  IAW DOD PM
     DOD, Alabama Army National Guard
     1133rd Medical Company (AA)      SFC Ronald Gillespie
     Montgomery, AL

Description of Duties and Accomplishments for this position is the same as the Duties and Accomplishments listed for Work Experience Item 11) Utility Helicopter Repairer.

14)  Supply Sergeant  67Y40  SGT promoted Jun 75
     From 01/73 to 09/78  IAW DOD PM
     DOD, Alabama Army National Guard
     1134th Medical Detachment       SFC Charles Wright
     Montgomery, AL

As a supply sergeant, I supervised the requisitioning, storage, issue and turn-in of all TOE/TDA items to include: weapons, gas masks, tool kits, as well as repair parts and expendable and non-expendable supplies in my supply room. I determined the appropriate stockage level and reorder point; ordered anticipated supplies for FTX's and AT in a timely manner; used manuals and microfiche to verify part numbers, Federal Stock Numbers (FSN's), National Stock Numbers (NSN's), and serial numbers to assure that no errors existed on 2765 part requests. I used human relation skills to deal with hand receipt holders, inspectors, auditors, and visitors; and supervised all personnel assigned or detailed to the supply room and all who entered.

9 May we contact your current supervisor?
YES (X)   NO ( )  > If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

10 Mark highest level completed. Some HS ( )  HS/GED ( )  Associate ( )  Bachelor (X)  Master ( )  Doctoral ( )
11 Last high school (HS) or GED school. Give the school's name, city, state, ZIP code (if known), and year diploma or GED received.
Montgomery County High School, Ramer, AL 36069   May 1968
12 Colleges and universities attended. Do not attach a copy of your transcript unless requested.

| 1) Name Troy State University | | | Total Credits Earned | | Major(s) | Degree - Year (if any) Earned |
|---|---|---|---|---|---|---|
| City Troy | State AL | Zip Code | Semester | Quarter 201 | Math History | BS 1972 |
| 2) Troy State University | | | | | | |
| Troy | AL | | | 10 | | |
| 3) | | | | | | |

## OTHER QUALIFICATIONS

13 Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc.). Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments (publications, membership in professional/honor societies, leadership activities, public speaking, and performance awards). Give dates, but do not send documents unless requested.

--MILITARY SCHOOLS--
Nov 72 - Jan 73     Unit & Organization Supply Specialist, MOS 76Y, Ft Jackson, SC
       - Dec 80     UH-1 Helicopter Maintenance School, MOS 67N, Montgomery, AL
7 - 21 Jan 89       PLDC, Camp Shelby, MS
16 - 31 Mar 90      NCO Battle Skills Course, Little Rock, AR
21 Jan - 1 Feb 91   OH-6 Repair Course, Gulfport, MS
    - 8 Jun 91      BNCOC, Ft McClellan, AL
15 - 23 Feb 92      OH-58 Maintenance Course, MOS 67V, EATS
1 Jun - 28 Jul 92   UH-60 Helicopter Repairer Course, MOS 67T10, Ft Eustis, VA
17 - 30 Jul 93      ANCOC, Phase I, Little Rock, AR
13 Feb - 17 Mar 95  UH-60 Black Hawk Helicopter Repairer Course, MOS 67T20/30, EATS
10 - 24 Jun 00      Aviation Accident Prevention Course, EATS, Ft Indiantown Gap, PA

--CIVILIAN SCHOOLS--
16 - 28 Aug 87      Lycoming Textron Turbine Engine Field Maintenance Course T-53L13B/703 Turboshaft Engines, Stratford, CT
30 Sep - 4 Oct 91   Allison 250 Turbine Engine Maintenance Course, Indianapolis, IN
22 - 27 Aug 93      General Electric T700/701C Turbine Engine Familiarization and Maintenance Course, Lynn, MA
13 Dec 96           Trust Empowerment Attitude Motivation (T.E.A.M.) Sales and Management Training Course
14 - 17 Jul 97      Introduction/Orientation to SINCGARS ICOM Ground Radios with ANCD AN/CYZ-10, Birmingham, AL
9 Sep 97            Introduction to Hazardous Waste Management Course, AASF #1, Hope Hull, AL
7 - 8 Apr 98        Allison 250 Field Maintenance Course
Feb 2001            Steward Training Course, Associatioon of Civilian Technicians, Birmingham, AL

--TECHNICIAN PERFORMANCE APPRAISALS--
1 Jun 87 - 31 May 88  :  Excellent         1 May 94 - 30 Apr 95  :  Excellent
1 Jun 88 - 31 May 89  :  Outstanding       1 May 95 - 30 Apr 96  :  Outstanding
1 Jun 89 - 31 May 90  :  Excellent         1 May 96 - 30 Apr 97  :  Excellent
1 Jun 90 - 31 May 91  :  Outstanding       1 May 97 - 30 Apr 98  :  Excellent
1 Jun 91 - 31 May 92  :  Excellent         1 May 98 - 30 Apr 99  :  Outstanding
1 May 92 - 30 Apr 93  :  Excellent         1 May 99 - 30 Apr 00  :  Outstanding
1 May 93 - 30 Apr 94  :  Excellent

## GENERAL

14. Are you a U.S. citizen?   YES(X)   NO( )  > Give the country of your citizenship.
15. Do you claim veterans' preference? NO(X) YES( )  > Mark your claim of 5 or 10 points below
     5 points [ ] > Attach your DD 214 or other proof.  10 points [ ] . Attach an Application for 10-Point Veterans' Preference (SF 15) and proof required.
16. Were you ever a Federal civilian employee?                             Series    Grade    From (MM/YY)    To (MM/YY)
     NO[ ]   YES[ ] > For highest civilian grade give:
17. Are you eligible for reinstatement based on career or career-conditional Federal status?
     NO[ ]   YES [ ] > If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

18. I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or for firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE                                          DATE SIGNED
*Stephen A. Paulk*                                 4 AUG 01

printed by: dazzles!, Box 6030, Huntsville, AL 35758          U.S. Government Printing Office: 1995 –387-722/20002

PAULK, Stephen Dwight    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

## KNOWLEDGE, SKILLS AND ABILITIES REQUIREMENTS

1. Through numerous positions in the military as well as Excepted Civil Service positions, I have gained experience and training to plan, organize and schedule work for all levels of aircraft maintenance. I have attended primary, basic, and advanced NCO leadership courses and computer workshops, which have enhanced my ability to plan and organize aircraft maintenance functions.

2. I have worked in all fields of aircraft maintenance and military duties, which have consistently dictated specific goals and deadlines that must be met. Courses taken include the following: Primary Leadership Development Course (PLDC), Basic Non-Commissioned Officer Course (BNCOC), Alabama National Guard Battle Skills Course, and Advanced Non-Commissioned Officer Course (ANCOC).

3. Hands-on experience over many years of employment as Aircraft Turbine Engine Mechanic, Aircraft Systems Foreman, Aircraft Mechanic, Quality Control Supervisor, Aviation Maintenance Technician, Utility Helicopter Repairer, and Aircraft component Repairman afforded me the opportunity to gain knowledge of aircraft repair functions. In addition, various maintenance/repair courses including UH-1H Maintenance Course, OH-6 Repair Course, OH-58 Maintenance Course, and UH-60 Maintenance Course have increased my knowledge and understanding of aircraft repair functions.

4. I have many years of experience working with different associates with diverse backgrounds and personalities. Psychology courses, Sociology courses, various workshops and other motivational seminars have enhanced my experience in dealing with other people and the public in general. Sound communication skills were gained through college courses in English and grammar, and utilized throughout ten years in the teaching profession as well as many years of military experience and training.

5. Leadership courses including PLDC, BNCOC, ANCOC and Alabama National Guard Battle Skills Course have prepared me and enhanced my ability to oversee and train subordinate supervisors, to deal objectively with workers and render sound supervisory decisions.

6. Experience and training have taught me to adapt to different situations by devising new methods of dealing with people and/or problems. I have developed and maintained a program to identify and test lifting devices and have devised the fabrication of special tools as needed.

# QUALIFICATIONS RECORD

**NAME:** PAULK, STEPHEN D.

**Nature of Action:** 01 - 180

| Position, title, series and grade: AIRCRAFT SYSTEMS SUPERVISOR | | WS 8801 10 | Military grade required: | |
|---|---|---|---|---|
| Qualifications standard: | | | Required MOS/AFSC: | Candidate has: |

| Time required by standard: | | Qualified: | | |
|---|---|---|---|---|
| Total | General | Special | | |
| | | Experience and Training Credited (Incl Mil Ser) | Gen | Spec |
| From | To | Title, Series & grade (if non-government, give title & salary) | yrs-mos | yrs-mos |
| ... | ... | Aircraft ... ... | | 7 |
| 95-10 | 01-7 | 67T Prop Systems Supervisor | | 5-8 |
| ... | 75-12 | Aviation Maint Tech | | 5-3 |

Substitution allowed   Date:

Remarks:                                     THIS IS A COMPUTER GENERATED FORM

**QUALIFIED:** YES ✓  NO ☐    **DATE:** 9 Aug 01