# Plaintiff's Exhibit __3__

Merit Promotion Certificate 01-180

# ARMY NON SUPERVISORY REFERRAL AND SELECTION CERTIFICATE

| CERTIFICATE NUMBER | DATE ISSUED | EXPIRATION DATE |
|---|---|---|
| 01 - 180 | 8/10/01 | 8/30/01 |

**ISSUED TO:** OFFICE SYMBOL

**NAME OF SELECTING SUPERVISOR:** CW3 DONALD MAC GREGOR

**POSITION TITLE, SERIES, AND GRADE:** AIRCRAFT SYSTEMS SUPERVISOR, WS 8801 10

**PD NUMBER:** 40080000

**AREA OF CONSIDERATION:** STATEWIDE

**REMARKS:** AASF #3, MOBILE, AL

## MERIT PROMOTION CERTIFICATE

**SIGNATURE OF** [signature]

FOR ADDITIONAL INFORMATION OR ASSISTANCE, CALL:
LtCol DONNIE R. DAVIS, DEPUTY HRO (334)271-7223

INFORMATION ON THE REVERSE AND ATTACHED TO THIS CERTIFICATE MUST NOT BE SHOWN TO, DISCUSSED WITH, OR DIVULGED TO ANY ELIGIBLE OR OTHER UNAUTHORIZED PERSON. THE CERTIFICATE AND ATTACHMENTS MUST BE HAND-CARRIED OR MAILED IN A SEALED ENVELOPE.

### INSTRUCTIONS TO SELECTING SUPERVISOR

1. **CONSIDER ELIGIBLES.** You are required to give all eligibles equitable consideration, reviewing the data provided on their qualifications and comparative evaluation ratings. *YOU ARE REQUIRED TO INTERVIEW ALL CANDIDATES, THUS ASSURING THEM THAT THEY ARE BEING ACCORDED FULL CONSIDERATION.* You may contact employee's supervisor to obtain additional information. If an employee declines interview or position offer, have him complete a statement of declination and return with this form.

2. **SELECT CANDIDATE.** Select the candidate who, in your judgment, is best qualified for your position.

3. **NOTIFY CANDIDATE.** After notification by AL-HRO of TAG approval, the recommending official will notify the selected candidate.

4. **COMPLETE ACTION BY EXPIRATION DATE.** Every effort should be made to complete your selection promptly and, in any event, by the expiration date. When extenuating circumstances create an unavoidable delay, contact your Personnel Staffing Specialist to determine whether an extension can be granted. Reason for the delay must be documented in merit placement records and provided to certified employees on request.

5. **REPORT YOUR SELECTION.** Complete the "Supervisor's Action" column using these symbols:

   "INTERVIEWED" COLUMN
   - I - Interviewed
   - DI - Declined Interview
   - NR - Not requested to report for interview

   "DECISION"
   - S - Selected
   - D - Declined
   - NS - Not selected

6. **SIGN AND DATE** the certificate and return to AL-HRO-MTM by the expiration date.

CF-EEO

SEE TPR 300 FOR DETAILED INFORMATION ON THE MERIT PLACEMENT PROGRAM

NGB FORM 300-6    COMPUTER GENERATED FORM    PAGE 1 OF 2 PAGES

# REFERRAL AND SELECTION CERTIFICATE
(CONTINUATION SHEET)

ANNOUNCEMENT NUMBER: 01-180

| CANDIDATE | QUALIFIED AT: | INTERVIEWED | RECOMMENDING DECISION | RECOMMENDING OFFICIAL DATE NOTIFIED |
|---|---|---|---|---|
| ~~[redacted]~~ | QUALIFIED AT: 38 | I | NS | |
| ~~[redacted]~~ | QUALIFIED AT: 52 | I | NS | |
| ~~[redacted]~~ | QUALIFIED AT: 45 | I | NS | |
| PAULK, STEPHEN D. | QUALIFIED AT: 52 | I | NS | |
| ~~[redacted]~~ | QUALIFIED AT: 57 | I | NS | |
| ~~[redacted]~~ | QUALIFIED AT: 45 | I | NS | |
| WIGGINS, CECIL W. | QUALIFIED AT: 52 | I | S | |

Individual selected _WIGGINS, CECIL W._ , and holds the military grade of _SFC_ . He/She Selectee is a member of the (unit) _HQ STARC_ , as required by current NGB compatibility criteria. Future assigned to the compatible position of (DMOS) _67T40_ , as required by current NGB compatibility criteria. Future military assignments (grade, unit, or MOS) of this technician will be coordinated with AL-HRO prior to effecting the action.

PROJECTED EFFECTIVE DATE: _____

_[signature]_  _29 Aug 01_    _[signature]_
SIGNATURE OF RECOMMENDING OFFICIAL    DATE    SIGNATURE/ACTION AUTHORIZED BY NGB CHIEF/DTY CHF

NGB FORM 300-6    COMPUTER GENERATED FORM    PAGE 2    PAGES