## Plaintiff's Exhibit  4

Interview Questions

1. Why do you feel you are the best person for the Aircraft System Supervisor position at AASF #3?

2. What do you feel is the most important character trait needed to manage personnel?

3. What do you feel is the most critical element of aircraft maintenance?

4. As a supervisor how would you encourage safety to your subordinates?

5. At what length do you believe you should go to meet deadlines?

6. If you were to assign a job that you are not familiar with to a subordinate and they are unsure of the procedure. How would you go about helping the individual?

7. What do you think key elements are necessary for planning and organizing a significant maintenance function?

8. How would you keep your subordinates motivated at AASF #3?

9. As supervisor when getting the respect of your subordinate's do you feel you should demand or earn respect and how would you go about gaining this respect?