# Plaintiff's Exhibit 5

Selection Notification

## DEPARTMENTS OF THE ARMY AND THE AIR FORCE
## NATIONAL GUARD OF ALABAMA
## OFFICE OF THE ADJUTANT GENERAL

Post office Box 3711
Montgomery, Alabama 36109

CECIL W. WIGGINS                                          DATE: 9/18/01

This is to advise that action regarding the following announcement number has been completed:
Announcement Number:  01 - 180      40080000           WS 8801 10
Position Title:  AIRCRAFT SYSTEMS SUPERVISOR

__X__  a.  You were selected for the vacancy. Placement will be effective __9/23/01__

_____  b.  You were qualified and referred for consideration, but not selected.

_____  c.  You were qualified but did not rank high enough to be referred for
           final consideration.

_____  d.  You were not qualified because minimum qualification or experience
           requirements were not met.

_____  e.  Position announcement has been cancelled.

_____  f.  You were not considered because eligibility requirements include
           being a member of the Alabama   Air   National Guard on closing
           date of the announcement.

_____  g.  You were not eligible because the position was announced "Merit
           Promotion" and selection will be from those eligibles permanently employed.

_____  h.  You were not considered because the position was filled through
           "Merit Promotion" procedures from those eligibles permanently employed.

_____  i.  Your application was received after the closing date of the vacancy
           announcement; therefore, you could not be considered.

_____  j.  No selection was made for this vacancy.

_____  k.  Other:

Your interest in applying for this position is appreciated. If you have questions you may
contact the Human Resources Office, Staffing Section: 1LT Brad Stevenson DSN: 363- 7224,
Com: (334) 271-7224 or Mrs. Sims DSN: 363-7229, Com: (334) 271-7229.

_____
Staffing Section

Standard Form 52-B
Office of Personnel Management
FPM Supp. 296-33, Subch. 3

# REQUEST FOR PERSONNEL ACTION

**PART A - Requesting Office** (Also complete Part B, Items 1, 7-22, 32, 33, 36, and 39)

1. Actions Requested
   (MERIT)
2. Request Number
3. For Additional Information Call (Name and Telephone Number)
   Charles A. Bonasera (334) 634-8773
4. Proposed Effective Date
5. Action Requested By (Typed Name, Title, Signature, and Request Date)
   Donald MacGregor, Supv Maint Test Pilot, 11 July 2001
6. Action Authorized By (Typed Name, Title, Signature, and Concurrence Date)
   LTC Billy G. Kennedy, AL-SAAO   11 Jul 01

**PART B - For Preparation of SF 50** (Use only codes in FPM Supp. 292-1. Show all dates in month-day-year order.)

1. Name (Last, First, Middle): Wiggins, Cecil W.
2. Social Security Number: [redacted]
3. Date of Birth: 2-16-59
4. Effective Date: 23 Sep 01

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 02 | Promotion |
| 5-C. Code | 5-D. Legal Authority |
| 8K | 32 USC 709 |
| 5-E. Code | 5-F. Legal Authority |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number
   ACFT MECH
15. TO: Position Title and Number
   Aircraft Systems Supervisor  23.24 - 27.16
   40080000

TA067380p6

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WG | 8852 | 11 | 5 | 21.96 | | WS | 8801 | 10 | 1 | 23.24 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 21.96 | | 21.96 | | 23.24 | | 23.24 | |

14. Name and Location of Position's Organization
   AASF #3

22. Name and Location of Position's Organization
   Office of the Adjutant General of Alabama
   P. O. Box 3711
   Montgomery, Alabama 36109-0711

   AASF #3, Mobile, Alabama

**EMPLOYEE DATA**

23. Veterans Preference: 1 (1 - None)
24. Tenure: 0
25. Agency Use
26. Veterans Preference for RIF: NO
27. FEGLI
28. Annuitant Indicator
29. Pay Rate Determinant
30. Retirement Plan
31. Service Comp. Date (Leave)
32. Work Schedule
33. Part Time Hours Per Biweekly Pay Period

**POSITION DATA**

34. Position Occupied: 2 (2 - Excepted Service)
35. FLSA Category
36. Appropriation Code
37. Bargaining Unit Status
38. Duty Station Code
39. Duty Station (City - County - State or Overseas Location)
   Mobile, Mobile, Alabama
40. Agency Data: 4B0110
44. AL84623200
45. Educational Level
46. Year Degree Attained
47. Academic Discipline
48. Functional Class
49. Citizenship: 1 - USA
50. Veterans Status
51. Supervisory Status

**PART C - Reviews and Approvals** (Not to be used by requesting office)

| Office/Function | Initials/Signature | Date | Office/Function | Initials/Signature | Date |
|---|---|---|---|---|---|
| A. Kennedy | BS | 9-12-01 | D. PD | | 9-11-01 |
| B. Staff | BS | 9-11-01 | E. EEO | | |
| C. MSS | | 09-11-01 | F. | | 12 Sep |

Approval: I certify that the information entered on this form is accurate and that the proposed action is in compliance with statutory and regulatory requirements.

Signature: William [signature]
Approval Date: 7/12/01

CONTINUED ON REVERSE SIDE   OVER   Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6239

**PART D – Remarks by Requesting Office**

Note to Supervisors: Do you know of additional or conflicting reasons for the employee's resignation/retirement?
If "YES", please state these facts on a seperate sheet and attach to SF 52.)    ☐ Yes   ☐ No

Position description for this vacancy has been reviewed and a determination made that if accurately and adaquately describes the ... be performed. Incumbency of this position is necessary to accomplish the mission of this organization.

... it Promotion
... ret Clearance Required: Secret

Vice: 1SG Cook

Selectee is a member of HQ STARC, holds the military grade of E7 and is assigned to the compatible position of 67T.

**PART E – Employee Resignation/Retirement**

**PRIVACY ACT STATEMENT**

You are requested to furnish a specific reason for your resignation or retirement and forwarding address. Your reason may be considered in any future decision regarding your re-employment in the Federal service and may also be used to determine your eligibility for unemployment compensation benefits. Your forwarding address will be used primarily to mail you copies of any documents you should have or any pay or compensation to which you are entitled.

This information is requested under authority of sections 301, 3301, and 8506 of 5, U.S. Code. Sections 301 and 3301 authorize OPM and agencies to issue regulations with regard to employment of individuals in the Federal service and their records, while section 8506 requires agencies to furnish the specific reason for termination of Federal service to the Secretary or Labor or a State agency in connection with administration of unemployment compensation programs.

The furnishing of this information is voluntary; however, failure to provide it may result in your not receiving: (1) your copies of those documents you should have; (2) pay or other compensation due you; and (3) any unemployment compensation benefits to which you may be entitled.

Reason for Resignation/Retirement (NOTE: Your reasons are used in determining possible unemployment benefits. Please be specific and avoid generalizations. Your resignation/retirement is effective at the end of the day – midnight – unless you specify otherwise.)

| Effective Date | 3. Your Signature | 4. Date Signed | 5. Forwarding Address (Number, Street, City, State, Zip Code) |

**PART 5 – Remarks for SF 50**

Selected from Merit Promotion Certificate #1-180 issued 10 Aug 81.