# Plaintiff's Exhibit 6

*Bonersera Concurrence Memo*

**ALABAMA ARMY NATIONAL GUARD**
Army Aviation Support Facility #3
9055 Tanner Williams Road
Mobile, Alabama 36608-9757

29 August 2001

AL-AASF3

MEMORANDUM THRU Office of the Adjutant General, ATTN: AL-SAAO, LTC Billy G. Kennedy, P.O. Box 3711, Montgomery, Alabama 36109-0711

FOR Office of the Adjutant General, ATTN: AL-HRO, P.O. Box 3711, Montgomery, Alabama 36109-9757

SUBJECT: Selection of Aircraft Systems Supervisor Position, Announcement Number 01-180

1. I concur with the selection of Aircraft Systems Supervisor here at AASF #3, Mobile, Alabama.

2. Point of contact is the undersigned at (334) 634-8773.

CHARLES A. BONASERA
LTC, AV, AL ARNG
Supervisory Aircraft Pilot