# Plaintiff's Exhibit 10

*Notice of Receipt of Complaint*

ALABAMA
# STATE MILITARY DEPARTMENT
OFFICE OF THE ADJUTANT GENERAL
P.O. BOX 3711
MONTGOMERY, ALABAMA 36109-0711

AL-HRO-EEO                                                7 February 2002


MEMORANDUM FOR SSG Stephen Paulk, 1786 Hillabee Road, Ramer, AL 36069

SUBJECT: Notice of Receipt of the Discrimination Complaint of SSG Stephen Paulk, Alabama Army National Guard, and Thomas E. White, Secretary of the Army, NGB Case T-0072-AL-A-01-02-A


1. This notice acknowledges receipt on 13 December 2001 of your discrimination complaint. Based on this date the complaint is deemed filed on 13 December 2001. Unless the issues in the complaint require clarification, a notice of the acceptance or dismissal of the complaint will be mailed to you.

2. If the complaint or any issue contained in it is dismissed, you will be able to appeal, as explained in the enclosure.

3. If the complaint is accepted, it will be investigated. You will be advised if an investigator will be assigned or if other fact-finding procedures will be used. The State Equal Employment Manager will contact you to schedule an investigation and will explain to you the procedures used in the investigation. You will be notified when the investigation or fact-finding is completed and you will receive a copy of the Report of Investigation or fact finding. At that time you will have an opportunity to ask for a decision by the Chief, National Guard Bureau, with or without a hearing by an Equal Employment Opportunity Commission Administrative Judge.

4. If you are dissatisfied with the final decision from the National Guard Bureau, you will be able to file an appeal as explained in the enclosure.

5. Within 180 days after the filing date of the complaint, the National Guard must issue you a notice of acceptance or dismissal and conduct a complete and fair investigation of the complaint. You may agree to extend the time of investigation for up to 90 days. If within the 180 days and any extension agreed upon, the National Guard Bureau has issued a notification that the investigation or fact finding was completed, you may request a hearing on the complaint as explained in the enclosure.


Stephen Paulk, Alabama Army National Guard, and Thomas E. White,

AL-HRO-EEO
SUBJECT: Notice of Receipt of the Discrimination Complaint of SSG Stephen Paulk, Alabama Army National Guard, and Thomas E. White, Secretary of the Army, NGB Case T-0072-AL-A-01-02-A

6. Enclosed is a copy of the counselor's report. Please note contents of this report are subject to the conditions of disclosure outlined in Public Law 93-579: The Privacy Act of 1974. You shall not disclose any information contained in this report by any means of communication to any person, or to another agency, except pursuant to a written request by, or with the prior consent of, the individual to whom the information pertains, unless the disclosure of information is in accordance with the Privacy Act of 1974.

7. If you have further questions, contact the undersigned or 2LT Pam Phillips at Comm (334) 271-7215/7217 or DSN 363-7215/7217.

FOR THE ADJUTANT GENERAL:

2 Enclosures:
1. Review and Appeal Rights
2. EEO Counselor's Report

MICHAEL S. CALDWELL
1LT, QM, AL ARNG
State Equal Employment Manager

