# Plaintiff's Exhibit ___11___

*Notice of Dismissal of Complaint*

_____

_____

ALABAMA
# STATE MILITARY DEPARTMENT
OFFICE OF THE ADJUTANT GENERAL
**P.O. BOX 3711**
**MONTGOMERY, ALABAMA 36109-0711**

AL-HRO-EEO                                              7 February 2002

MEMORANDUM FOR SSG Stephen D. Paulk, 1786 Hillabee Road, Ramer, AL 36069

SUBJECT: Notice of Dismissal of the Discrimination Complaint of SSG Stephen D. Paulk, Alabama Army National Guard, and Thomas E. White, Jr., Secretary of the Army, NGB Case No. T-0072-AL-A-01-02-A

1. This refers to your discrimination complaint filed on 13 December 2001. Receipt of the complaint was acknowledged by letter to you on 30 January 2002. The complaint was based on age discrimination in the following action: Whether you were discriminated against based on your age(51) on or about 23 September 2001 when you were non-selected for Job Announcement Number 01-180, Aircraft System Supervisor, by CW4 Don McGregor.

2. Based on the criteria of Title 29 Code of Federal Regulations part 1614.107, as implemented in chapter 4 of volume II of National Guard Bureau Regulation (AR) 690-600/National Guard Regulation (AF) 40-1614, the above issue raised in the complaint is dismissed, subject to review and approval of the dismissal by the National Guard Bureau. The reasons are stated for the issue:

   Whether you were discriminated against based on your age(51) on or about 23 September 2001 when you were non-selected for Job Announcement Number 01-180, Aircraft System Supervisor, by CW4 Don McGregor is dismissed based on NGR (AR) 690-600, paragraph 4-10a(1) & (2), Failure to state a claim.

   (1) National Guard Regulation 600-25/ANGI 36-102, paragraph 2-1, states that "Military grade inversion within the full-time work force is not permitted." Had you been selected for the job you would not have been able to fill the position due to the above reason.

   (2) Both the selected individual and yourself are over the age of 40, thus you are both in the same protected EO group.

AL-HRO-EEO
SUBJECT: Notice of Dismissal of the Discrimination Complaint of SSG Stephen D. Paulk, Alabama Army National Guard, and Thomas E. White, Jr., Secretary of the Army, NGB Case No. T-0072-AL-A-01-02-A

3. Your rights to have the dismissal reviewed by the National Guard Bureau and your rights to appeal the dismissal are detailed in paragraphs 1,3,4, and 8 of the enclosed Review and Appeal Rights.

2 Encls:
1. NGR 600-25 EXCERT
2. Review and Appeal Rights

MICHAEL H. SUMRALL
Brigadier General (AL), AL ARNG
The Adjutant General

