# Plaintiff's Exhibit  /2

*Notice of Completion of Investigation*



**DEPARTMENTS OF THE ARMY AND THE AIR FORCE**
NATIONAL GUARD BUREAU
1411 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202-3231

Directorate for Equal Opportunity

SUBJECT: Complaint of Stephen D. Paulk, Alabama Army National Guard and Thomas E. White, Secretary of the Army, NGB Case No. T-0072-AL-A-01-02-A

Dear Mr. Mansour:

The complaint case file and authorization for the investigator are enclosed. Your Initial Report is due within 5 days and the Report of Investigation (ROI) 45 days from receipt of this letter.

Investigative procedures, guidance for obtaining testimony and evaluating evidence, and instructions for preparing the ROI are in the National Guard Bureau Investigators Procedural Manual. These requirements are summarized in the Continuation Sheet of your contracting document, SF Form 1449. As stated in the Contract Continuation Sheet, you must follow requirements of the National Guard Bureau Regulation (Army) 690-600 / National Guard Regulation (Air Force) 40-1614. Note especially chapter 5, of this regulation and that conclusions and findings are not to be made by the investigator. Also enclosed are opening statements to be used by you in obtaining testimony.

Your points of contact in the State are listed at tab M of the case file. Please coordinate with them, as specified in your Contract Continuation Sheet. If I can assist you with this case, please contact me on (703) 607-1710.

Sincerely,

Jacqueline Ray-Morris
Equal Opportunity Specialist
Directorate for Equal Opportunity

Enclosures

Copies Furnished:
State Equal Employment Manager, Alabama

# Plaintiff's Exhibit ___13___

*Notice of Completion of Investigation*

_____

_____



**DEPARTMENTS OF THE ARMY AND THE AIR FORCE**
NATIONAL GUARD BUREAU
1411 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202-3231

May 16, 2003

Office of Equal Opportunity

SUBJECT: Complaint of Stephen D. Paulk, Alabama Army National Guard and R.L. Brownlee, Secretary of the Army, NGB Case No. T-0072-AL-A-01-02-A

SSG Stephen D. Paulk
1786 Hillabee Rd
Ramer, AL 36069

Dear Mr. Paulk:

  The investigation of the subject complaint has been completed. A copy of the Report of Investigation and copy of the official case file are enclosed.

  In accordance with National Guard Regulation (Army) 690-600/ National Guard Regulation (Air Force) 40-1614 and Title 29, Code of Federal Regulations, Part 1614, you have the following rights:

  a. You may request an immediate final decision from the National Guard Bureau (NGB) within 30 calendar days after receiving this notice. Your request must be in writing and addressed to the National Guard Bureau Office of Equal Opportunity (NGB-EO), 1411 Jefferson Plaza One, Suite 2400, Arlington, VA 22202-3231. Within 60 days after the receipt of your request a final decision will be issued on behalf of the Chief, NGB. The decision on the merits of the complaint will be based on a preponderance of evidence.

  b. You may request a hearing and decision by an Equal Employment Opportunity Commission Administrative Judge (EEOC AJ), within 30 calendar days after receiving this notice. The request must be submitted on the form in enclosure A to the EEOC district or field office (see listing in enclosure B) having jurisdiction over the geographic area in which the complaint arose. A copy of the request must be sent to NGB-EO at the address stated above. The EEOC AJ will send a docketing letter to you and NGB-EO with an EEOC Hearings Unit No.

-2-

    c. The Administrative Judge will conduct a hearing on the merits of a complaint unless: (1) the parties mutually resolve the complaint and the hearing request is withdrawn; (2) the hearing request is otherwise voluntarily withdrawn; (3) the Administrative Judge dismisses the complaint; or (4) the Administrative Judge determines that material facts are not in genuine dispute and issues an order limiting the scope of the hearing or issues a decision without a hearing pursuant to 1614.109(g). The Administrative Judge will issue a decision on a complaint and shall order appropriate remedies and relief when discrimination has been found within 180 days of his/her receipt of the complaint file from the agency, unless the Administrative Judge makes a written determination that, in his/her discretion, good cause exists for extending the time for issuing a decision, 29 CFR 1614.109(I) and NGR (AR) 690-600/NGR (AF) 40-1614.

    If you are not satisfied with the NGB final decision, you will have the rights to appeal or file civil action. These rights have been previously explained to you and will be again provided with the final decision.

    National Guard representatives to resolve your complaint may also contact you. You are encouraged to seek a resolution of the complaint. Please be advised, however, that such resolution attempts do not serve to extend the 30-day time limit for requesting a final decision. If you plan to ask for a NGB immediate decision, the request must still be made within 30 calendar days after the receipt of this notice.

    If you chose to withdraw the complaint voluntarily and unconditionally, you must send a written withdrawal to NGB-EO at the above address.

                                      Sincerely,

                                        JACQUELINE RAY-MORRIS
                                      Equal Employment Specialist

Copy Furnished:
The Adjutant General, Alabama
State Equal Employment Manager, Alabama