# Plaintiff's Exhibit 15

*Plaintiff's Certificate of Mailing*