# Plaintiff's Exhibit  16

Request for Case To Administratively Reopen

1786 Hillabee Road
Ramer, Al 36069
7 April 2005

Ms. Page Evelsizer
Chief, Complaints Management Division
Department of the Army and the Air Force
National Guard Bureau
1411 Jefferson Davis Highway
Arlington, VA 22202-3231

Ref:   5 April 05 LTR, Subj: Discrimination Compliant by Staff Sergeant (SSG)
Stephen Dwight Paulk, Dr. Francis J Harvey, Secretary of the Army, NGB Case
No. T-0072-AL-A-01-02-A

Dear Ms. Evelsizer,

Referenced states that the complainant was given 30-calendar days form receipt of decision to appeal, but that as of 4 April 2005, NGB-EO-CR has not been made aware of any further actions for this complaint. The referenced letter stated that the case therefore has been administratively closed.

Please be advised that notice of appeal was submitted to Office of Federal Operations, Equal Employment Opportunity Commission on 28 February 05. Please see enclosure (1), a copy of letter submitted to EEOC dated 28 February 05.

Accordingly, request that the case be administratively reopened pending appeal. Please notify me in writing of your decision regarding this matter. If you have any questions, you may contact me at 334-322-9159.

Sincerely,

Stephen D. Paulk
Staff Sergeant (SSG), ret.

Enclosure