# Plaintiff's Exhibit 17

Notification of Receipt of Appeal by EEOC



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Office of Federal Operations
### P.O. Box 19848
### Washington, D.C. 20036

May 11, 2005

Stephen D Paulk  
1786 Hillabee Rd  
Ramer, AL  36069

Docket # : 01A53922  
Agency #1: T0072ALA0102A  
Agency #2:  
Agency #3:  
Filed    : 050405

Dear Mr. Paulk:

This Commission acknowledges receipt of your appeal on the date indicated. Any statement or brief in support of your appeal must be submitted to the Commission as well as to the agency within 30 days of filing the notice of appeal. The Commission will accept statements or briefs in support of an appeal by facsimile transmittal (Fax number 202-663-7022) provided they are no more than ten (10) pages long. You are reminded that it is your responsibility to ensure that the agency receives a copy of any material you submit to this office. You should reference the above docket number in all submissions and correspondence to the Commission.

You will be notified by first class mail as soon as a decision is reached on your appeal. You are responsible for providing the Commission with notice of any change of address. The Commission will terminate the processing of your appeal if you file a civil action, in accordance with 29 CFR 1614.409.

The Commission's appellate regulations are found in Title 29, Code of Federal Regulations, Part 1614 and at 64 Federal Register 37644(1999). The regulations are available on the Internet on EEOC's Home Page: WWW.EEOC.gov. You are urged to review these regulations.

Sincerely,

Robert J. Barnhart, Director  
Compliance and Control Division  
Office of Federal Operations