# Plaintiff's Exhibit   /9

*Plaintiff's Request For Reconsideration*

1786 Hillabee Road
Ramer, AL 36069
Sept 5, 2005

Mr. Carlton M. Hadden, Director
Office of Federal Operations
U.S. Equal Employment Opportunity Commission
Office of Federal Operations
P.O. Box 19848
Washington, D.C. 20036

Refs:
    (1) US EEOC Ltr dated 29 Aug 2005
    (2) Appeal No. 01A53922/ Agency No. T-0072-AL-A-01-02-A

Dear Mr. Hadden,

The purpose of this letter is to request reconsideration of EEOC decision to dismiss referenced appeal. Reference (1) cites the reason for the dismissal as the complainant did not offer adequate justification for an extension of the applicable time limit for filing his appeal.

The following is offered as a basis for reconsideration:

(1) Notice of appeal was submitted via regular mail on 28 February 2005, within the 30 calendar days required.

(2) EEOC acknowledgement of receipt of notice of was received from Mr. Robert J. Barnhart by letter dated 11 May 2005. In his letter, Mr. Barnhart requested that a brief with additional information on the appeal be submitted.

(3) Brief in support of Docket # 01A53922 was submitted via regular mail on 23 May 2005.

As all requirements for filing this appeal were met and because the appeal was dismissed for non-merit reasons, request that the decision to dismiss be reconsidered and the information provided in supplemented brief are reviewed by the Commission.

Thank you for your consideration of this request and for helping to ensure that all cases of discrimination are considered on the basis of merit, not merely administrative requirements.

Sincerely,

*signed*

Stephen D. Paulk
Staff Sergeant (SSG), ret.