# Plaintiff's Exhibit  20

EEOC Notice of Docket



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of Federal Operations
P.O. Box 19848
Washington, D.C. 20036
OCT 18 2005

REQUEST FOR RECONSIDERATION

Stephen D Paulk
1786 Hillabee Rd
Ramer, AL 36069

RE: Natl Guard Bureau
Docket # : 05A60066
Assoc # : 01a53922
Agency #1: T0072ALA0102A
Agency #2:
Agency #3:
Filed : 092005

Dear Mr. Paulk:

Your request for reconsideration has been docketed and assigned the docket number listed above. Please refer to the docket number on all correspondence to this office.

The Commission, in its discretion, may grant the request if the party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the decision will have a substantial impact on the policies, practices, or operation of the agency. 29 CFR 1614.405(b)(1) & (2).

You were required to submit any supporting documents or brief at the time the request was filed. The opposing party shall have 20 days from the date of service in which to submit any brief or statement in opposition. Such brief or statement must be served on the requesting party and proof of service must be included with the submission to the Office of Federal Operations. The Commission will accept statements or briefs in opposition to a request by facsimile transmission (fax number 202-663-7022) provided they are no more than ten (10) pages long.

Sincerely,

Robert J. Barnhart, Director
Compliance and Control Division
Office of Federal Operations

cc: Natl Guard Bureau
    Dir EEO  ATTN: NGB-EO
    1411 Jefferson Davis Hwy  2400
    Arlington, VA  22202-3289