# Plaintiff's Exhibit 22

EEOC Denial of Reconsideration

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P.O. Box 19848**
**Washington, D.C. 20036**

Stephen D. Paulk,
Complainant,

v.

Dr. Francis J. Harvey,
Secretary,
(National Guard Bureau),
Department of the Army,
Agency.

Request No. 05A60066

Appeal No. 01A53922
Agency No. T-0072-AL-A-01-02-A

## DENIAL

Stephen D. Paulk (complainant) timely requested reconsideration of the decision in *Stephen D. Paulk v. Department of the Army*, EEOC Appeal No. 01A53922 (August 29, 2005). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. *See* 29 C.F.R. § 1614.405(b).

In its prior decision, the Commission dismissed complainant's appeal on the grounds that the appeal was untimely filed. The Commission found that complainant acknowledged that he received the agency's final decision on February 19, 2005, but that complainant did not file an appeal until May 4, 2005.

In his request, complainant asserts that the Notice of Appeal was mailed on February 28, 2005, and therefore, his appeal was timely filed.

Upon review of the record, the Commission notes that while complainant's Notice of Appeal form was dated February 28, 2005, complainant's appeal was postmarked May 4, 2005, as stated in the prior decision. EEOC Regulation 29 C.F.R. § 1614.604(b) states that "[a] document shall be deemed timely if it is received or postmarked before the expiration of the applicable filing period, or, in the absence of a legible postmark, if it is received within five days of the expiration

2                                                        05A60066

of the applicable filing period." Complainant's appeal was not filed within the applicable time period.

After reconsidering the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 01A53922 remains the Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

## RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

*Carlton M. Hadden*
_____
Carlton M. Hadden, Director
Office of Federal Operations

OCT 2 7 2005
_____
Date

3                                    05A60066

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.  I certify that this decision was mailed to complainant, complainant's representative (if applicable), and the agency on:**

OCT 2 7 2005
_____
**Date**


_____
**Equal Opportunity Assistant**