# Plaintiff's Exhibit 23

Mail Problems at Pentagon



**LISTSERV 14.5**

| | |
|---|---|
| View: | Next (less recent) message | Previous (more recent) message |
| | Next (less recent) in topic | Previous (more recent) in topic |
| | Next (less recent) by same author | Previous (more recent) by same author |
| | Previous page *(March 2005, week 5)* | Back to main SAFETY page |
| | Join or leave SAFETY (or change settings) |
| | Reply | Post a new message |
| | Search |
| | Log in |
| Options: | Chronologically | Most recent first |
| | Proportional font | Non-proportional font |

```
Date:          Tue, 29 Mar 2005 07:47:50 -0500
Reply-To:      SAFETY <[log in to unmask]>
Sender:        SAFETY <[log in to unmask]>
From:          List Moderator <[log in to unmask]>
Subject:       PRO/AH> Anthrax, mail facilities - USA (VA)(06)
Content-Type:  text/plain; charset="us-ascii" ; format="flowed"


Date: Mon, 28 Mar 2005 18:47:25 -0500
From: Matt Klein <[log in to unmask]>
Subject: Fwd: PRO/AH> Anthrax, mail facilities - USA (VA)(06)

ANTHRAX, MAIL FACILITIES - USA (VIRGINIA) (06)
*******************************************
A ProMED-mail post
< http://www.promedmail.org>
ProMED-mail is a program of the
International Society for Infectious Diseases
< http://www.isid.org>

Date: 28 Mar 2005
From: Paul Cheek <[log in to unmask]>
Source: Washington Post, Sun 27 Mar 2005 [edited]
< http://www.washingtonpost.com/>


Biohazard procedures to change, officials acknowledge anthrax scare missteps
--------------------------------------------------
TheDefense Department is changing how it handles biohazard threats,
acknowledging that internal breakdowns delayed its response to a 14
Mar 2005 anthrax scare at the Pentagon and nearby office buildings,
confused the rest of the federal government, and alarmed state and
local public health workers, officials said. Under fire for gaps with
civilian bioterrorism detection and response systems, military
officials said they will quicken reporting of test results from
biological sensors around their Arlington headquarters to no more
than 24 hours, and, shift away from using contract laboratories. It
took 3 days to get results from a contractor after the 14 Mar 2005
incident.

Defense officials acknowledged the need to align laboratory testing
protocols with those used by the Centers for Disease Control and
Prevention. They also agreed that they should coordinate with local
```

health officials when ordering emergency medical treatment for defense workers.

Pentagon representatives discussed the steps on Friday [25 Mar 2005] during an "after-action" review chaired by Thomas J. Lockwood, national capital region coordinator for the Department of Homeland Security. Representatives from the White House, FBI, the Health and Human Services Department, and the U.S. Postal Service, as well as state and local officials, were present.

Officials described preliminary results on condition of anonymity, because the review is not complete, and because multiple agencies are involved. One participant said the 2-hour meeting evolved from a "tense" set of exchanges to "a real air of candid, . . . open sharing of information."

Homeland Security Secretary Michael Chertoff ordered the review, after alerts in 2 military mailrooms shut the main delivery center at the Pentagon, disrupted mail delivery to U.S. government offices, and put 900 workers in several buildings on antibiotics for 3 days.

Although the presence of anthrax bacteria in one of 4 samples taken on 10 Mar 2005 from the Pentagon's Remote Delivery Facility was confirmed by 3 laboratories, subsequent testing found no trace of the pathogen. Senior military officials said the most plausible explanation was contamination by the original contractor laboratory, Commonwealth Biotechnologies Inc. of Richmond, Virginia, which has said a subsequent review produced no evidence of surface, air or sample contamination.

Another 14 Mar 2005 airborne alert at a mailroom in the Skyline office building complex in Baileys Crossroads -- whose defense contractor employees receive mail from the Pentagon facility -- turned out not to signal the presence of any hazardous substance and apparently was a coincidence. About 800 workers were locked down for 6 hours in that case.

Overall, national bioterrorism experts inside and outside of government say the episode revealed lingering problems in achieving a coordinated emergency response since the area's anthrax attacks through the mail in 2001. Virginia and District leaders have said they were kept out of the loop early in the recent incident, potentially endangering the public. Local elected officials as well as members of Congress have called for reviews.

Representative Christopher Cox (California Republican), chairman of the House Homeland Security Committee, plans to lead a 4 Apr 2005 hearing into national anthrax testing policies.

On Friday [25 Mar 2005], military representatives said the Pentagon was making "substantial improvements," including requiring contract labs to report test results in 24 hours. In the recent incident, Commonwealth Biotechnologies Inc. reported the result of its 10 Mar 2005 test the next day, a Friday, to prime contractor Vistronix Inc., of McLean. Senior defense officials said they took immediate action, including contacting emergency responders, upon learning of the results on Mon 14 Mar 2005. "Clearly, a sample was taken to their lab Thursday [10 Mar 2005]," one federal official said. "Especially over

a weekend, it apparently can take much more than 24 hours, maybe 3 days." [How does a culture know that it is after 4 p.m. on a Friday afternoon? - Mod.MHJ]

Timing is critical, because scientists believe that healthy people exposed to anthrax bacteria can die in 7 days, another federal official said. If a letter had been the source of the anthrax found in the sample, it could have been mailed 4 Mar 2005, given the time it takes mail to move through the postal system and reach the Pentagon, the official said. [And if it had been similar to the 2001 letters, it would have exposed post office workers to infection soon after being mailed. Put another way, their incubation periods would have been completed by 10-14 Mar 2005. - Mod.MHJ]

The review group also reached preliminary agreement that government agencies should rely on the CDC's bioterrorism Laboratory Response Network, which includes 140 specially certified labs, to test for such incidents instead of contract facilities, 2 officials said. The review group also agreed that federal agencies should coordinate with state and local public health agencies before ordering antibiotic treatment solely for federal employees.

[Byline: Spencer S. Hsu]

--
Paul Cheek
President
Global Technology Resources
1 Research Blvd., Suite 104
Mississippi Research & Technology Park
Starkville, MS 39759
<[log in to unmask]>

Back to: Top of message | Previous page | Main SAFETY page

**LIST.UVM.EDU**