# Plaintiff's Exhibit 25

Davis Testimony in Administrative

Hearing of Sammy Faulk

1  qualifications, we send the people on the
2  list. The supervisors understand that they
3  cannot select somebody where they will cause
4  grade inversion.
5      We could eliminate anybody that is
6  senior in grade to that selecting official
7  here at this level, but we've chosen not to
8  because we've gotten caught in that: well,
9  you know, I'm an E-6 and that guy is, you
10 know, an E5, but I was willing to take off a
11 stripe. If you had put me on that list, I'd
12 have taken off a stripe to have got a
13 full-time job.
14 Q. Could they?
15 A. Yes, sir. It happens. So we don't make that
16    call here. We send everybody that meets
17    minimum qualifications, and then they make
18    the selection, and then we deal with the --
19    the grade inversion issue. We let -- we send
20    them out there with them knowing that they
21    cannot have grade inversion.
22 Q. If Samuel here was the best qualified,
23    theoretically, could he have said, I will

1  place down at the facility -- the
2  applications come into here.  What we do here
3  at this level is simply grade for whether or
4  not people meet the minimum qualifications
5  for that federal job, a WS-10 level.  We
6  don't look at what their military grades are
7  because there are so many options.
8       For example, it could be that they're
9  about to change who the supervisor is down
10 there.  Now, we know the supervisor, say, in
11 this case.  Let's talk this particular case.
12 And he's a -- let's say he had been a 4.  He
13 had been a CW4 and the supervisor was a CW3.
14 Rather than not putting him on the list -- we
15 don't know.  There may be a pending promotion
16 on that CW3.  That CW3 may be about to be
17 reassigned and then put a CW4 or higher in
18 there.  The CW4 might be willing to take a
19 reduction in military grade, which happens,
20 especially on the enlisted side, to get a
21 technician job.
22      There's so many variables.  We don't
23 make that call here.  If they meet minimum

```
 1    A.    CW3s and below.
 2    Q.    CW3?
 3    A.    Other CW-3s and any -- and below, CW2, CW1,
 4          and any enlisted rank. No CW4s, no officers.
 5    Q.    All right. Now, in the case of Samuel --
 6          Stephen.
 7    A.    Okay.
 8    Q.    Stephen is what rank?
 9    A.    I don't know.
10              MR. SAMUEL PAULK: He's an E-6.
11              LTC MORGAN: E-6, staff sergeant.
12              ARBITRATOR: Staff sergeant, E-6.
13              LTC MORGAN: E-6.
14    Q.    And he could work for MacGregor?
15    A.    That is correct.
16    Q.    In the case of Samuel, he's a CW5.
17    A.    He could not work for MacGregor.
18    Q.    In normal circumstances, how does the
19          application get processed? A supervisor is a
20          CW3, and I see an application of a CW5.
21    A.    What -- okay. I see what you're asking.
22    Q.    Do I reject it right away?
23    A.    Because we never know what's going to take
```