IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. PAULK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1141-WKW |
| ) | |
| FRANCIS J. HARVEY, Secretary of the ) | |
| Army and THE DEPARTMENT OF ) | |
| THE ARMY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the plaintiff's second motion to compel (doc. # 33), it is

ORDERED that on or before June 12, 2006, the opposing party shall show cause why the motion should not be granted. It is further

ORDERED that oral argument on the motion to compel be and is hereby SET for June 16, 2006, at 10:30 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. **The plaintiff is specifically cautioned that if he fails to appear as required by this order, the court will treat his failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this case be dismissed for such failure.**

Done this 31st day of May, 2006.

        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE