IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION        RECEIVED

| | | |
|---|---|---|
| Stephen D. Paulk | § | 2006 JUN -5 A 8: 29 |
| | § | |
| Plaintiff, | § | ...CKETT, CLK |
| | § | ...RICT COURT |
| | § Civil Action No.: 2:05-CV-1141-WKW-CSC | |
| v. | § | |
| | § | |
| | § | |
| Francis J. Harvey, Secretary | § | |
| of the Army & the Department | § | |
| of the Army | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION FOR RECONIDERATION OF APPOINTMENT OF COUNSEL

Plaintiff, Stephen D. Paulk, moves this Court to reconsider its 9th December 2005 order denying the Plaintiff's motion for appointment of counsel and in support thereof submits the following.

   1. The Plaintiff's compliant involves precedent setting legal and policy issues regarding the full-time civilian status of National Guard technicians and their rights for merit system protections which, once decided by this honorable court, will have a significant impact throughout the U.S. Armed Forces and the Department of Defense. Moreover, the facts of the case, the legal issues, and the judicial procedures in this matter are so complicated and complex as to fall outside the scope of competency of a non-trained professional. Therefore, the Plaintiff begs the Court to appoint a licensed attorney to assist the Plaintiff so that this matter can be decided by this honorable court on the merits of the case rather than permitting the Plaintiff's case to be adjudicated without competent counsel or, worse to allow the case to be dismissed on technical legal matters that are beyond the scope of knowledge and expertise of the Plaintiff.

   2. The Court has ordered oral arguments be presented by the Plaintiff on June 16, 2006 regarding his motion to compel production of documents and the Plaintiff requests this honorable court to provide a court appointed attorney to assist with the court-ordered discovery proceedings. Moreover, the Plaintiff moves the court to stay it's order for oral arguments for 3 weeks following appointment

of counsel to provide the Plaintiff's appointed attorney sufficient time to prepare for these proceedings.

WHEREFORE, these requirements clearly justify the need for the knowledge, expertise and experience of a trained practitioner to represent the Plaintiff in the court ordered oral argument proceedings, Plaintiff, Stephen D. Paulk respectively moves the Court reconsider its 9th December 2005 decision to deny the Plaintiff's motion for appointment of counsel.

Respectfully submitted this the 5th day of June 2006.

*Stephen D. Paulk*
Stephen D. Paulk
1786 Hillabee Road
Ramer, AL  36069
334-562-9453

Prose Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on June 5, 2006, I filed the foregoing with the Clerk of the Court and placed copies of same in the United States mail, first class postage affixed addressed to:

R. Randolph Neeley
Assistant United States Attorney
P.O. Box 197
Montgomery, AL 36101-0197

Lt. Col Michael E. Hokenson
U.S. Army Litigation Division
901 North Stuart Street, Suite 401
Arlington, VA 22203-1837

_____
Stephen D. Paulk
Prose Plaintiff