IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STEPHEN D. PAULK,            )
                            )
        Plaintiff,           )
                            )
v.                          )       CIVIL ACTION NO.  2:05cv1141-WKW
                            )
FRANCIS J. HARVEY, Secretary of the  )
Army and THE DEPARTMENT OF   )
THE ARMY,                    )
                            )
        Defendants.          )

**ORDER**

Upon consideration of the plaintiff's motion to reconsider the appointment of counsel

(doc. # 35) and upon the court's review of the pleadings filed in this case, the court concludes

that this case does not present exceptional circumstances, such as where the facts and legal

issues are so novel or complex as to require the assistance of a trained practitioner, which

justify the appointment of counsel.  Accordingly, it is

ORDERED that the motion to reconsider the appointment of counsel (doc. # 35) be

and is hereby DENIED.

Done this 7th day of June, 2006.


        _____/s/Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE