## MINUTES

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 6/16/06 | AT | 10:30 am. To 10:34 a.m. |
| DATE COMPLETED: 6/16/06 | AT | FTR RECORDING |

STEPHEN D. PAULK

    Plaintiff

vs..

FRANCIS J. HARVEY, et al

    Defendant

CASE NO. 2:05CV1141-WKW-CSC

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Mr. Stephen D. Paulk, Pro Se | | Atty. R. Randolph Neeley |

**COURT OFFICIALS PRESENT:**

COURTROOM DEPUTY: WANDA STINSON

---

( X) OTHER PROCEEDINGS:    ***ORAL ARGUMENT RE: MOTION TO COMPEL***

# SEE MINUTES ATTACHED

### LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Oral Argument re: motion to Compel - 05cv1141
**Date:** 6/16/2006
**Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 10:30:33 AM | Court | Court convenes; parties present as noted; Discussions as to the motion to compel and Motion to dismiss; The court has concluded that the Motion to dismiss should be decided before discovery is taken in this case; |
| 10:30:50 AM | | |
| 10:32:05 AM | Mr. Paulk | Is not prepared for that, was expecting to go over discovery; |
| 10:32:18 AM | Court | Discussions as to response filed to the motion to dismiss; Court will allow to the end of next week to file any additional motions; Court will stay all discovery at this time; |
| 10:34:06 AM | Court | Court is recessed; |