IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. PAULK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1141-WKW |
| | ) |
| FRANCIS J. HARVEY, Secretary of the | ) |
| Army and THE DEPARTMENT OF | ) |
| THE ARMY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the defendants' motion to dismiss (doc. # 17), the plaintiff's second motion to compel (doc. # 33) and the defendants' motion to stay discovery pending resolution of the motion to dismiss (doc. # 37). Oral argument was held on June 16, 2006. Upon consideration of the motion to stay discovery (doc. # 37) and for good cause, it is

ORDERED that the motion to stay discovery pending resolution of the motion to dismiss (doc. # 37) be and is hereby GRANTED. It is further

ORDERED that the plaintiff shall file any additional response to the defendants' motion to dismiss on or before June 23, 2006.

Done this 19th day of June, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE