IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Stephen D. Paulk § § Plaintiff, § § Civil Action No.:2:05-CV-1141-WKW-CSC v. § § § Francis J. Harvey, Secretary § of the Army & the Department § of the Army § § Defendants. § | RECEIVED 2006 JUN 23 A 8:42 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANTS MOTION TO DISMISS, OR IN THE ALTERATNIVE, FOR SUMMARY JUDGEMENT**

On February 17, 2006 the Defendants filed a motion to dismiss, or in the alternative, for summary judgment in the matter of Stephen D. Paulk v Francis J. Harvey and the Department of the Army. The Plaintiff, Stephen D. Paulk, responded to the defense motion and submitted a memorandum brief on May 1, 2006.

On June 19, 2006, the Court granted the defense motion to stay discovery pending resolution of the motion to dismiss and ordered the Plaintiff to file any additional response to the defendants' motion to dismiss on or before June 23, 2006.

Accordingly, the Plaintiff respectively offers the following supplemental arguments in response to the defendants' motion to

dismiss and in support thereof submits the attached contemporaneously filed supplemental memorandum brief.

Wherefore, premises considered the defendant's motion to dismiss, or the alternative, for summary judgment is due to be and should be denied.

Respectfully submitted this the 23 day of June 2006.

*[signature]*

Stephen D. Paulk
1786 Hillabee Road
Ramer, AL  36069
334-562-9453

Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 23, 2006, I filed the foregoing with the Clerk of the Court and placed copies of same in the United States mail, first class postage affixed addressed to:

    R. Randolph Neeley
    Assistant United States Attorney
    P.O. Box 197
    Montgomery, AL  36101-0197

    Lt. Col Michael E. Hokenson
    U.S. Army Litigation Division
    901 North Stuart Street, Suite 401
    Arlington, VA  22203-1837

                             Stephen D. Paulk
                             Prose Plaintiff