IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEPHEN D. PAULK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv1141-WKW |
| | ) |
| FRANCIS J. HARVEY, Secretary of the | ) |
| Army and THE DEPARTMENT OF | ) |
| THE ARMY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is the May 19, 2006, motion to compel (doc. # 33) filed by the plaintiff. On June 19, 2006, the court stayed discovery pending resolution of the defendant's motion for summary judgment (doc. # 17).[1] Accordingly, it is

ORDERED that the motion to compel (doc. # 33) be and is hereby DENIED without prejudice.

Done this 22nd day of September, 2006.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The court previously converted the defendants' motion to dismiss (doc. # 17) into a motion for summary judgment because the motion relied on matters outside the pleadings. *See* Doc. # 19.